BROWER LAW GROUP
A Professional Corporation
STEVEN BROWER (SBN: 93568)
25201 La Paz Road, Suite 202
Laguna Hills, CA 92653
Telephone: (949) 668-0825
Email: Steve@BrowerLawGroup.com

MONTGOMERY PURDUE BLANKINSHIP & AUSTIN PLLC
Andrew R. Chisholm
WA State Bar No. 30673
Christopher M. Reed
WA State Bar No. 49716
701 Fifth Avenue, Suite 5500
Seattle, WA 98104
Telephone: (206) 682-7090
Email: achisholm@mpba.com
Email: creed@mpba.com
Fax: (206) 625-9534

Attorneys for Plaintiff
Glacier Northwest, Inc.

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**

| | |
|---|---|
| GLACIER NORTHWEST, INC., <br><br> Plaintiff, <br><br> v. <br><br> CEMENTAID INTERNATIONAL MARKETING, LTD., <br><br> Defendant. | Case No. <br><br> **COMPLAINT FOR:** <br> **1) DECLARATORY JUDGMENT;** <br> **2) BREACH OF CONTRACT.** <br><br> **DEMAND FOR JURY TRIAL** |

## GENERAL ALLEGATIONS

### Jurisdiction and Parties

1. This Court has original jurisdiction over this matter, pursuant to 28 U.S.C. § 1332, because there is complete diversity of citizenship between the Plaintiff and the Defendant and there is more than $75,000 in controversy.

2. Pursuant to the contract between the parties, as more fully described below, each of the parties explicitly consented to the jurisdiction of the United States District Court for the Western District of Washington.

3. Plaintiff, Glacier Northwest, Inc. ("Glacier Northwest"), is a corporation organized and existing under the laws of the State of Washington. Plaintiff Glacier Northwest is a wholly owned subsidiary of CalPortland Company, with a principal place of business in the State of California.

4. Defendant, Cementaid International Marketing Ltd. (hereinafter "CAIM"), is a Hong Kong Company, with a principal place of business in Hong Kong.

5. The Parties entered into a written "Marketing and Material Supply Agreement" ("Agreement") effective December 31, 2001. Pursuant to the Agreement Glacier Northwest was the exclusive distributor of certain concrete related products within a specified geographic area. As relevant herein, the list of products included Caltite and the geographic territory included California.

6. Central Concrete purchased Caltite, a waterproofing additive, from Glacier Northwest. Central Concrete used those products in various construction projects including one known as Millennium Tower, which is located in San Francisco, California.

7. Several lawsuits, related to the development of the Millennium Tower, are now pending in the California Superior Court, for the County of San Francisco. One of those lawsuits is entitled *Millennium Tower Association v. Mission Street Development, LLC et al*, case number 17-557830. That lawsuit alleges numerous problems with the condition of the Millennium Tower including, but not limited to, water intrusion through foundation systems and slabs.

Complaint

2

BROWER LAW GROUP
25201 La Paz Road, Suite 202
Laguna Hills, CA 92653
Telephone: (949) 668-0825
Email: Steve@BrowerLawGroup.com

{18117/052/01626164-2}
4835-0163-0305, v. 2

8. A cross-complaint was subsequently filed in that action by Webcor Construction LP. Glacier Northwest is named as a cross-defendant in the Webcor cross-complaint. Glacier Northwest is informed and believes that its only relationship to Webcor, as it relates to the Millennium Towers, is the sale of CAIM's product to Central Concrete which subsequently utilized that product in concrete work at the Millennium Tower.

9. Pursuant to the Agreement, CAIM agreed to defend, indemnify and hold Glacier Northwest harmless from and against any product liability claims related to the CAIM products.

10. On February 22, 2018, March 20, 2018, and March 22, 2018, Plaintiff sent letters to CAIM demanding that CAIM honor its contractual obligation to indemnify Glacier Northwest, but CAIM has failed and refused to do so.

11. Glacier Northwest has been required to retain counsel to defend the Webcor cross-complaint, the cost of which has already exceeded the $75,000 jurisdictional threshold for diversity jurisdiction and such damages are continuing and increasing.

## FIRST CLAIM FOR RELIEF
## DECLARATORY JUDGMENT

12. Plaintiff realleges and incorporates by reference, as though set forth in full, paragraphs 1 through 11 of this Complaint.

13. Glacier Northwest has already incurred significant costs of defense in relation to *Millennium Tower Association v. Mission Street Development, LLC et al*, which defense costs are continuing. Glacier Northwest may also be obligated to pay the costs of a settlement or a judgment

Complaint 3

BROWER LAW GROUP
25201 La Paz Road, Suite 202
Laguna Hills, CA 92653
Telephone: (949) 668-0825
Email: Steve@BrowerLawGroup.com

{18117/052/01626164-2}
4835-0163-0305, v. 2

14. CAIM has failed and/or refused to acknowledge its obligation to indemnify Glacier Northwest, both for amounts already incurred and for amounts which will be incurred in the future.

15. There is an actual and present controversy between Glacier Northwest and CAIM regarding the indemnification of Glacier Northwest under the terms of the Agreement such that this Court should issue a declaratory judgment in favor of Glacier Northwest, and against CAIM, finding that CAIM is obligated to defend and indemnify Glacier Northwest for the past, present and future costs of defense in the Millennium Tower Suit in addition to any amounts which Glacier Northwest is obligated to pay for a settlement or judgment.

## SECOND CLAIM FOR RELIEF
## BREACH OF CONTRACT

16. Plaintiff realleges and incorporates by reference, as though set forth in full, paragraphs 1 through 11 of this Complaint.

17. Since as early as February 22, 2018 and thereafter, CAIM has been in breach of the Agreement by failing and refusing, and continuing to fail and refuse, to pay Glacier Northwest for ongoing reasonable and necessary amounts incurred by Glacier Northwest in defense of the Millennium Tower Suit.

WHEREFORE, Plaintiff prays for judgment as follows:

ON THE FIRST Claim for Relief:

1. For a Declaratory Judgment in favor of Plaintiff and against Defendant on every issue properly brought before this Court.

2. Such other and further Declaratory Judgment as may appear proper at the time of determination.

4

Complaint

BROWER LAW GROUP
25201 La Paz Road, Suite 202
Laguna Hills, CA 92653
Telephone: (949) 668-0825
Email: Steve@BrowerLawGroup.com

{18117/052/01626164-2}
4835-0163-0305, v. 2

ON THE SECOND Claim for Relief:

3. For all amounts incurred by Plaintiff which amounts Defendant has agreed to pay to or on behalf of Plaintiff under the Agreement.

4. For interest on sums which were not timely paid to Plaintiff.

5. For all other damages incurred by Plaintiff as a result of any breach of contract.

ON ALL Causes of Action:

6. For interest on all sums where properly owed.

7. For costs of suit incurred herein.

8. For such other and further relief as the court may deem just.

DATED: April 16, 2018

BROWER LAW GROUP
A Professional Corporation

By: s/ Steven Brower
Steven Brower
California SBN: 93568
Brower Law Group
25201 La Paz Road, Suite 202
Laguna Hills, CA 92653
Telephone: (949) 668-0825
Email: Steve@BrowerLawGroup.com
Attorneys for Plaintiff Pending Pro Hac Vice Admission

MONTGOMERY PURDUE BLANKINSHIP & AUSTIN PLLC

By: s/ Andrew R. Chisholm
By: s/ Christopher M. Reed
Andrew R. Chisholm # 30673
Christopher M. Reed # 49716
Montgomery Purdue
Blankinship & Austin PLLC
701 Fifth Avenue, Suite 5500
Seattle, WA 98104
Telephone: (206) 682-7090
Email: achisholm@mpba.com
Email: creed@mpba.com
Fax: (206) 625-9534
Attorneys for Plaintiff – Local Counsel

Complaint

5

BROWER LAW GROUP
25201 La Paz Road, Suite 202
Laguna Hills, CA 92653
Telephone: (949) 668-0825
Email: Steve@BrowerLawGroup.com

{18117/052/01626164-2}
4835-0163-0305, v. 2

## **DEMAND FOR JURY TRIAL**

Plaintiff Glacier Northwest hereby demands trial by jury as to each and every issue as to which it is entitled to demand a jury.

DATED: April 16, 2018

        BROWER LAW GROUP
        A Professional Corporation

        By:  s/ Steven Brower
               Steven Brower
               California SBN: 93568
               Brower Law Group
               25201 La Paz Road, Suite 202
               Laguna Hills, CA 92653
               Telephone: (949) 668-0825
               Email: Steve@BrowerLawGroup.com
               Attorneys for Plaintiff Pending Pro Hac Vice Admission

        MONTGOMERY PURDUE
        BLANKINSHIP & AUSTIN PLLC

        By:  s/ Andrew R. Chisholm
        By:  s/ Christopher M. Reed
               Andrew R. Chisholm # 30673
               Christopher M. Reed # 49716
               Montgomery Purdue
               Blankinship & Austin PLLC
               701 Fifth Avenue, Suite 5500
               Seattle, WA 98104
               Telephone: (206) 682-7090
               Email: achisholm@mpba.com
               Email: creed@mpba.com
               Fax: (206) 625-9534
               Attorneys for Plaintiff – Local Counsel

6

Complaint

BROWER LAW GROUP
25201 La Paz Road, Suite 202
Laguna Hills, CA 92653
Telephone: (949) 668-0825
Email: Steve@BrowerLawGroup.com

{18117/052/01626164-2}
4835-0163-0305, v. 2