

United States District Court
Western District of Washington

| Glacier Northwest, Inc. | Case Number: 2:18-cv-00556 |

Plaintiff(s)

APPLICATION FOR LEAVE TO APPEAR PRO HAC VICE

v.

Cementaid International Marketing, Ltd.

Defendant(s)

Pursuant to LCR 83.1(d) of the United States District Court for the Western District of Washington, Steven Brower hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties:

Plaintiff Glacier Northwest, Inc.

The particular need for my appearance and participation is:

I am insurance coverage and indemnity counsel for CalPortland Company, the parent of Glacier. I am responsible for the pre-filing analysis and strategy and my client has requested that I continue to be responsible for this matter.

I, Steven Brower understand that I am charged with knowing and complying with all applicable local rules;

I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

I declare under penalty of perjury that the foregoing is true and correct.

Date: 04/12/2018         Signature of Applicant: s/ Steven Brower

**Pro Hac Vice Attorney**

Applicant's Name: Steven Brower

Law Firm Name: Brower Law Group, A Professional Corporation

Street Address 1: 25201 La Paz Road

Address Line 2: Suite 202

City: Laguna Hills   State: CA   Zip: 92653

Phone Number w/ Area Code: (949) 668-0825   Bar #: 92568   State: CA

Primary E-mail Address: Steve@BrowerLawGroup.com

*(Primary E-Mail address must be for the Pro Hac attorney and not any subordinate or staff member)*

Secondary E-mail Address: _____

## STATEMENT OF LOCAL COUNSEL

I am authorized and will be prepared to handle this matter, including trial, in the event the applicant Steven Brower is unable to be present upon any date assigned by the court.

Date: 4/13/2018   Signature of Local Counsel: s/ /s/ Christopher M. Reed

Local Counsel's Name: Andrew R. Chisholm; Christopher M. Reed

Law Firm Name: Montgomery Purdue Blankinship & Austin PLLC

Street Address 1: 701 5th Avenue, Suite 5500

Address Line 2: _____

City: Seattle   State: WA   Zip: 98104

Phone Number w/ Area Code: (206) 682-7090   Bar #: 30673; 49716



# Electronic Case Filing Agreement

By submitting this form, the undersigned understands and agrees to the following:

1. The CM/ECF system is to be used for filing and reviewing electronic documents, docket sheets, and notices.

2. The password issued to you by the court, combined with your login, serves as your signature under Federal Rule of Civil Procedure 11. Therefore, you are responsible for protecting and securing this password against unauthorized use.

3. If you have any reason to suspect that your password has been compromised in any way, you are responsible for immediately notifying the court. Members of the court's systems staff will assess the risk and advise you accordingly.

4. By signing this Registration Form, you consent to receive notice electronically, and to waive your right to receive notice by personal service or first class mail pursuant to Federal Rule of Civil Procedure 5(b)(2)(C), except with regard to service of a complaint and summons. This provision does include electronic notice of the entry of an order or judgment.

5. You will continue to access court information via the Western District of Washington's internet site or through the Public Access to Court Electronic Records (PACER) system. You will continue to need a PACER login, in addition to the court-issued password. You can register for PACER at their web site: http://pacer.psc.uscourts.gov.

6. By this registration, the undersigned agrees to abide by the rules and regulations in the most recent General Order, the Electronic Filing Procedures developed by the Clerk's Office, and any changes or additions that may be made to such administrative procedures in the future.

Date Signed  04/12/2018        Signature s/ Steven Brower
*(Pro Hac Vice applicant name)*