**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
OFFICE OF THE CLERK
AT SEATTLE**

WILLIAM M. MCCOOL
CLERK OF COURT
700 STEWART ST.
SEATTLE, WA 98101

April 17, 2018

The court has received your initiating documents for case #2:18–cv–00556–TSZ *GLACIER NORTHWEST, INC. V. CEMENTAID INTERNATIONAL MARKETING, LTD.* and has identified the deficiencies listed below.**Please note:** Any underlined points of reference below will contain a link to the source materials.

> In accordance with the requirements outlined in LCR 3(a), and LCR 7.1(a), the following documents were omitted, and should be filed as soon as possible. Please note: If required, Copyright/Patent/Trademark forms are not to be electronically filed. Forms should instead be emailed to the proper jurisdictional court. For Seattle cases, please email to newcases.seattle@wawd.uscourts.gov. For Tacoma cases, please email to newcases.tacoma@wawd.uscourts.gov .

> **Corporate Disclosure Statement**

*Please call the Attorney Case Opening Helpdesk at 206–370–8787 if you have any additional questions.*

Thank you.

cc: file