BROWER LAW GROUP
A Professional Corporation
STEVEN BROWER (SBN: 93568)
25201 La Paz Road, Suite 202
Laguna Hills, CA 92653
Telephone: (949) 668-0825
Email: Steve@BrowerLawGroup.com

MONTGOMERY PURDUE
BLANKINSHIP & AUSTIN PLLC
Andrew R. Chisholm
WA State Bar No. 30673
Christopher M. Reed
WA State Bar No. 49716
701 Fifth Avenue, Suite 5500
Seattle, WA 98104
Telephone: (206) 682-7090
Email: achisholm@mpba.com
Email: creed@mpba.com
Fax: (206) 625-9534

Attorneys for Plaintiff
Glacier Northwest, Inc.

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| GLACIER NORTHWEST, INC., <br><br> Plaintiff, <br><br> v. <br><br> CEMENTAID INTERNATIONAL MARKETING, LTD., <br><br> Defendant. | Case No. 18-cv-556-TSZ <br><br> **PLAINTIFF GLACIER NORTHWEST, INC.'S DISCLOSURE STATEMENT** |

Pursuant to Fed. R. Civ. P. 7.1 and LCR 7.1, Plaintiff, Glacier Northwest, Inc., through its undersigned counsel, discloses that Glacier Northwest, Inc. is a Washington corporation, is a nongovernmental party, and is a wholly owned subsidiary of CalPortland Company, a California corporation.

DATED: April 17, 2018

{18117/052/01626164-2}
Disclosure Statement

1

BROWER LAW GROUP
25201 La Paz Road, Suite 202
Laguna Hills, CA 92653
Telephone: (949) 668-0825
Email: Steve@BrowerLawGroup.com

4842-4162-3138, v. 1

BROWER LAW GROUP
A Professional Corporation


By:  /s/ by ECF
STEVEN BROWER
California SBN: 93568
25201 La Paz Road, Suite 202
Laguna Hills, CA 92653
Telephone: (949) 668-0825
Email: Steve@BrowerLawGroup.com
Attorneys for Plaintiff Pending Pro Hac Vice Admission

MONTGOMERY PURDUE
BLANKINSHIP & AUSTIN PLLC


By:  /s/ by ECF
Andrew R. Chisholm
WA State Bar No. 30673
Christopher M. Reed
WA State Bar No. 49716
701 Fifth Avenue, Suite 5500
Seattle, WA 98104
Telephone: (206) 682-7090
Email: achisholm@mpba.com
Email: creed@mpba.com
Fax: (206) 625-9534
Attorneys for Plaintiff – Local Counsel

{18117/052/01626164-2}
Disclosure Statement

4842-4162-3138, v. 1

2

BROWER LAW GROUP
25201 La Paz Road, Suite 202
Laguna Hills, CA 92653
Telephone: (949) 668-0825
Email: Steve@BrowerLawGroup.com