**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**

GLACIER NORTHWEST, INC.

Plaintiff(s),

v.

CEMENTAID INTERNATIONAL MARKETING, LTD.,

Defendant(s).

Case No. 2:18-cv-00556 TSZ

**PRAECIPE**

TO THE CLERK OF THE ABOVE-ENTITLED COURT:
You will please:

Post the enclosed Summons to Defendant Cementaid International Marketing, Ltd. to the docket for the above-referenced matter and issue the Summons.

Jun 7, 2018
Dated

s/Christopher M. Reed
Sign or use an "s/" and your name

MONTGOMERY PURDUE BLANKINSHIP & AUSTIN PLLC
Andrew R. Chisholm, WSBA #30673
Christopher M. Reed, WSBA #49716
701 Fifth Ave., Suite 5500
Seattle, WA 98104
Phone: 206-625-9534

Name, Address, and Phone Number of Counsel or Pro Se