THE HONORABLE THOMAS S. ZILLY

# UNTIED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| GLACIER NORTHWEST, INC., | |
| Plaintiff, | Case No. 2:18-cv-00556-TSZ |
| v. | **NOTICE OF APPEARANCE OF PHILIP J. BEZANSON** |
| CEMENTAID INTERNATIONAL MARKETING, LTD., | |
| Defendant. | |

PLEASE TAKE NOTICE that Philip J. Bezanson of Bracewell LLP appears for Cementaid International Marketing, Ltd. in this action.  Copies of all documents and pleadings with regard to this action, with the exception of original process, are to be served on the undersigned counsel.

Dated: November 21, 2018         Respectfully submitted,

**BRACEWELL LLP**

By: */s/ Philip J. Bezanson*
Philip J. Bezanson, WSBA No. 50892
701 Fifth Avenue, Suite 6200
Seattle, WA 98104-7043
Telephone: (206) 204-6200
Facsimile:  (800) 404-3970
philip.bezanson@bracewell.com

*Attorney for Cementaid International Marketing, Ltd.*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on November 21, 2018 to all counsel of record who have consented to electronic service via the Court's CM/ECF system.

*/s/ Philip J. Bezanson*
Philip J. Bezanson