THE HONORABLE THOMAS S. ZILLY

# UNTIED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| GLACIER NORTHWEST, INC.,<br><br>        Plaintiff,<br><br>   v.<br><br>CEMENTAID INTERNATIONAL MARKETING, LTD.,<br><br>        Defendant. | Case No. 2:18-cv-00556-TSZ<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT CEMENTAID INTERNATIONAL MARKETING, LTD.'S MOTION TO DISMISS GLACIER NORTHWEST, INC.'S AMENDED COMPLAINT** |

This matter having come before the Court on Defendant Cementaid International Marketing, Ltd.'s Motion to Dismiss Glacier Northwest, Inc.'s Amended Complaint, and the Court being fully advised in the premises,

IT IS HEREBY ORDERED that Defendant Cementaid International Marketing, Ltd.'s Motion to Dismiss Glacier Northwest Inc.'s Amended Complaint is GRANTED in its entirety.

IT IS SO ORDERED.

Dated: December ___, 2018

_____
Thomas S. Zilly
United States District Judge