THE HONORABLE THOMAS S. ZILLY

# UNTIED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| GLACIER NORTHWEST, INC., <br><br> Plaintiff, <br><br> v. <br><br> CEMENTAID INTERNATIONAL MARKETING, LTD., <br><br> Defendant. | Case No. 2:18-cv-00556-TSZ <br><br> **CEMENTAID INTERNATIONAL MARKETING, LTD.'S CORPORATE DISCLOSURE STATEMENT PURSUANT TO FRCP 7.1** |

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Cementaid International Marketing, Ltd. ("Cementaid"), by and through undersigned counsel, hereby discloses the following:

Cementaid is a company organized and existing under the laws of Hong Kong, and is a wholly owned subsidiary of Cementaid International Holdings Limited.  No publicly held corporation owns 10% or more of Cementaid's stock.

Dated: November 21, 2018              Respectfully submitted,

**BRACEWELL LLP**

By: */s/ Philip J. Bezanson*
Philip J. Bezanson, WSBA No. 50892
Jared D. Schuettenhelm, WSBA No. 46181
701 Fifth Avenue, Suite 6200
Seattle, WA 98104-7043
Telephone: (206) 204-6200
Facsimile:  (800) 404-3970

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27

philip.bezanson@bracewell.com
jared.schuettenhelm@bracewell.com

Richard F. Whiteley (*pro hac vice* pending)
Stacianne M. Wilson (*pro hac vice* pending)
711 Louisiana Street, Suite 2300
Houston, TX 77002-2770
Telephone:  (713) 223-2300
Facsimile:   (800) 404-3970
richard.whiteley@bracewell.com
staci.wilson@bracewell.com

*Attorneys for Cementaid International Marketing, Ltd.*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on November 21, 2018 to all counsel of record who have consented to electronic service via the Court's CM/ECF system.

*/s/ Philip J. Bezanson*
Philip J. Bezanson