THE HONORABLE THOMAS S. ZILLY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| GLACIER NORTHWEST, INC., <br><br> Plaintiff, <br><br> v. <br><br> CEMENTAID INTERNATIONAL MARKETING, LTD., <br><br> Defendant. | Case No. 2:18-cv-00556 TSZ <br><br> **DECLARATION OF STEVEN BROWER IN SUPPORT OF GLACIER NORTHWEST, INC.'S OPPOSITION TO CEMENTAID INTERNATIONAL MARKETING, LTD.'S MOTION TO DISMISS AMENDED COMPLAINT** <br><br> **NOTE ON MOTION CALENDAR: DECEMBER 14, 2018** |

I, Steven Brower, declare:

1. I am an attorney, duly licensed in the State of California to practice for over 37 years, and I have been admitted *pro hac vice* as attorney of record for Plaintiff Glacier Northwest, Inc. in this action. I have personal knowledge of the facts set forth in this declaration and if called to testify as a witness, I could and would testify competently thereto as set forth herein.

2. I have reviewed the Marketing and Material Supply Agreement ("Agreement") between Glacier Northwest, Inc. and Defendant Cementaid International Marketing, Ltd., executed on December 31, 2001.

{18117/052/01823017-1}

ISO OPPOSITION TO MOTION
TO DISMISS
2:18-cv-00556 TSZ

DECLARATION OF STEVEN BROWER
BROWER LAW GROUP
25201 La Paz Road, Suite 202
Laguna Hills, California 92653
Telephone: (949) 668-0825

1

4843-3336-5889, v. 1

3.  Section 12.1 of the Agreement states:

**12 INDEMNIFICATION**

12.1  CAIM hereby agrees to defend, indemnify and GNW harmless from and against any and all claims, actions, damages, liabilities, and expenses (including reasonable attorney's fees) arising from or occasioned by any of the following: (a) product liability related to the Schedule Products; (b) the negligence or intentional conduct of CAIM; or (c) infringement of any third-party's intellectual property rights in connection with the manufacture and sale of the Schedule Products.

I declare, under penalty of perjury, under the laws of the United States, that the foregoing is true and correct.

Executed this 10th day of December, 2018 in Laguna Hills, California

By: /s/ Steven Brower
Steven Brower
California SBN: 93568
25201 La Paz Road, Suite 202
Laguna Hills, CA 92653
Telephone: (949) 668-0825
Email: Steve@BrowerLawGroup.com

{18117/052/01823017-1}

ISO OPPOSITION TO MOTION
TO DISMISS
2:18-cv-00556 TSZ

DECLARATION OF STEVEN BROWER
BROWER LAW GROUP
25201 La Paz Road, Suite 202
Laguna Hills, California 92653
Telephone: (949) 668-0825

2

4843-3336-5889, v. 1

# DECLARATION OF SERVICE

I hereby certify that on 10th day of December, 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Steven Brower
Brower Law Group
25201 La Paz Road, Suite 202
Laguna Hills, CA 92653
Phone: 949-668-0825
Email: steve@browerlawgroup.com
*Pro Hac Vice Attorneys for Plaintiffs*

Richard F. Whiteley
Stacianne M. Wilson
Bracewell LLP
711 Louisiana Street, Suite 2300
Houston, TX 77002
Phone: 713-221-1123
Email: Richard.whiteley@bracewell.com
Email: staci.wilson@bracwell.com
*Pro Hac Vice Attorneys for Defendant Cementaid International Marketing*

Jared D. Schuettenhelm
Philip J. Bezanson
Bracewell LP
701 Fifth Ave., Suite 6200
Seattle, WA 98104
Phone: 206-204-6206
Email: Jared.schuettenhelm@bracewell.com
Email: phil.bezanson@bracewell.com
*Attorneys for Defendant Cementaid International Marketing*

DATED this 10th day of December, 2018, at Seattle, Washington.

s/Christopher M. Reed
Andrew R. Chisholm
WA State Bar No. 30673
Christopher M. Reed
WA State Bar No. 49716
701 Fifth Avenue, Suite 5500
Seattle, WA 98104
Telephone: (206) 682-7090
Email: achisholm@mpba.com
Email:    creed@mpba.com
Fax: (206) 625-9534
Attorneys for Plaintiff – Local Counsel

{18117/052/01823017-1}

DECLARATION OF STEVEN BROWER
BROWER LAW GROUP
25201 La Paz Road, Suite 202
Laguna Hills, California 92653
Telephone: (949) 668-0825

ISO OPPOSITION TO MOTION
TO DISMISS
2:18-cv-00556 TSZ

4843-3336-5889, v. 1