1

THE HONORABLE THOMAS S. ZILLY

2

3

4

5

6

7

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**

8

9

| | |
|---|---|
| GLACIER NORTHWEST, INC., | Case No. 2:18-cv-00556 TSZ |
| Plaintiff, | **GLACIER NORTHWEST, INC.'S REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF OPPOSITION TO CEMENTAID INTERNATIONAL MARKETING, LTD.'S MOTION TO DISMISS AMENDED COMPLAINT** |
| v. | |
| CEMENTAID INTERNATIONAL MARKETING, LTD., | |
| Defendant. | **NOTE ON MOTION CALENDAR: DECEMBER 14, 2018** |

10

11

12

13

14

15

16

17

18

Plaintiff Glacier Northwest, Inc. ("Glacier Northwest") respectfully requests

19

that this Court take judicial notice, pursuant to Federal Rule of Evidence 201, of the

20

following documents in connection with Glacier Northwest's Opposition to

21

Cementaid International Marketing, Ltd.'s Motion to Dismiss the Amended

22

Complaint in this matter:

23

1.     Defendant Cementaid International Marketing, Ltd.'s ("Cementaid")

24

Notice of Appearance as a cross-defendant in the action entitled *Millennium Tower*

25

*Association v. Mission Street Development LLC, et al.*, Case CGC-17-557830 in the

26

Superior Court of the State of California, County of San Francisco ("Millennium

27

GLACIER NORTHWEST, INC.'S REQUEST FOR
BROWER LAW GROUP

25201 La Paz Road, Suite 202
Laguna Hills, California 92653
Telephone: (949) 668-0825

Tower Action"), filed on July 13, 2018, a true and correct copy of which is attached as Exhibit 6 to this request.

2. Cementaid's Memorandum of Points and Authorities in Support of Cementaid's Joinder in YKK AP, Inc.'s Motion to Continue the Trial Date and Motion to Sever the Non-Foundational Defect Issues in the Millennium Tower Action, filed on July 16, 2018, a true and correct copy of which is attached as Exhibit 7 to this request.

3. Declaration of Jared Schuettenhelm in Support of Cementaid's Joinder in YKK AP, Inc.'s Motion to Continue the Trial Date and Motion to Sever the Non-Foundational Defect Issues in the Millennium Tower Action, filed on July 16, 2018, a true and correct copy of which is attached as Exhibit 8 to this request.

The above-referenced documents are properly the subject of judicial notice pursuant to Federal Rule of Evidence 201, which provides that a court may take judicial notice of facts "not subject to reasonable dispute in that it is ... capable of accurate and ready determination by resort to sources whose accuracy cannot reasonably be questioned."  Each of the documents referenced here is a pleading which has been filed by Defendant Cementaid, using the same law firm which is its counsel in this matter.  Moreover, any objection to the declaration of Mr. Schuettenhelm should be disregarding because, since they are statements made by counsel for the party, the constitute party admissions, an applicable exception to the hearsay rule.

{18117/052/01823024-1}

JUDICIAL NOTICE ISO OPPOSITION TO MOTION
TO DISMISS
2:18-cv-00556 TSZ

GLACIER NORTHWEST, INC.'S REQUEST FOR
BROWER LAW GROUP
25201 La Paz Road, Suite 202
Laguna Hills, California 92653
Telephone: (949) 668-0825

2

4843-3336-5889, v. 1

1    Therefore, Glacier Northwest respectfully requests that this Court take

2   judicial notice of the documents attached as Exhibits 6 through 8.

3   DATED:  December 10, 2018

4                                          BROWER LAW GROUP
                                           A Professional Corporation

5

6                                          By:   /s/ Steven Brower
                                                 _____
7                                                STEVEN BROWER
                                                 California SBN: 93568
8                                                25201 La Paz Road, Suite 202
                                                 Laguna Hills, CA 92653
9                                                Telephone: (949) 668-0825
                                                 Email: Steve@BrowerLawGroup.com
10                                                Attorneys for Plaintiff Pro Hac Vice

11                                          MONTGOMERY PURDUE
                                           BLANKINSHIP & AUSTIN PLLC
12

13                                          By:    s/ Christopher M. Reed
                                                 _____
14                                                Andrew R. Chisholm
                                                 WA State Bar No. 30673
15                                                Christopher M. Reed
                                                 WA State Bar No. 49716
16                                                701 Fifth Avenue, Suite 5500
                                                 Seattle, WA 98104
17                                                Telephone: (206) 682-7090
                                                 Email: achisholm@mpba.com
18                                                Email: creed@mpba.com
                                                 Fax: (206) 625-9534
19                                                Attorneys for Plaintiff – Local Counsel

20

21

22

23

24

25

26

27

{18117/052/01823024-1}                     GLACIER NORTHWEST, INC.'S REQUEST FOR
                                           BROWER LAW GROUP
JUDICIAL NOTICE ISO OPPOSITION TO MOTION
TO DISMISS                                                 25201 La Paz Road, Suite 202
2:18-cv-00556 TSZ                                         Laguna Hills, California 92653
                                                          Telephone: (949) 668-0825

3

4843-3336-5889, v. 1

EXHIBIT 6

1  **LILLIS PITHA LLP**
   Damien P. Lillis (SB# 191258)
2  dlillis@lp-lawyers.com
   Martin L. Pitha (SB# 192447)
3  mpitha@lp-lawyers.com
   465 California Street, 5th Floor
4  San Francisco, California 94104
   Telephone: (415) 814-0405
5  Facsimile: (415) 217-7011

6  **BRACEWELL LLP**
   Jared D. Schuettenhelm (SB# 267885)
7  jared.schuettenhelm@bracewell.com
   701 Fifth Avenue, Suite 6200
8  Seattle, Washington 98104-7018
   Telephone: (206) 204-6200
9  Facsimile: (800) 404-3970

10 *Attorneys for Cross-Defendant*
   *Cementaid International Marketing, Ltd.*
11 *erroneously sued herein as Cementaid*
   *International Group*

12

ELECTRONICALLY
**F I L E D**
*Superior Court of California,*
*County of San Francisco*
**07/13/2018**
Clerk of the Court
BY:EDNALEEN ALEGRE
Deputy Clerk

13          **SUPERIOR COURT OF THE STATE OF CALIFORNIA**

14                **FOR THE COUNTY OF SAN FRANCISCO**

15

16 MILLENNIUM TOWER ASSOCIATION, a          **Case No.  CGC-17-557830**
   California nonprofit mutual benefit corporation,
17                                           **NOTICE OF APPEARANCE**
                        Plaintiff,
18
          vs.
19                                           Action Filed:  3/29/2017
   MISSION STREET DEVELOPMENT LLC, a         Trial Date: N/A
20 Delaware Limited Liability Company; et al.,

                        Defendants.
21
   WEBCOR CONSTRUCTION LP, d/b/a
22 WEBCOR BUILDERS, survivor to a merger with
   WEBCOR CONSTRUCTION, INC.,
23
                        Cross-Complainant,
24
          vs.
25
   AMERICAN PILEDRIVING, INC., a California
26 corporation; CEMENTAID INTERNATIONAL
   GROUP, an unknown entity; CENTRAL
27 CONCRETE SUPPLY CO., INC., a Texas

28

---

NOTICE OF APPEARANCE

corporation; ENCLOS CORP, a Minnesota corporation; GLACIER NORTHWEST, INC., a Washington corporation; PACIFIC STATES ENVIRONMENTAL CONTRACTORS, INC., a California corporation; VIKING DRILLERS, INC., a California corporation; YKK-APP, Inc., a Japanese corporation; and ROES I through 100,

Cross-Defendants.

1    **TO THE COURT, AND ALL PARTIES AND THEIR COUNSEL OF RECORD:**

2         PLEASE TAKE NOTICE THAT Cementaid International Marketing, Ltd. ("Cementaid")

3    erroneously sued herein as Cementaid International Group is represented by the law firms of Lillis

4    Pitha LLP and Bracewell LLP in this action.  This Notice of Appearance is for the limited purpose

5    of identifying counsel and is without prejudice to Cementaid's right to challenge any Complaint(s)

6    and/or Cross-Complaint(s) filed against it, to raise any affirmative defense in its responsive

7    pleading(s), or any other procedural or substantive rights it may have.

8

9    Dated:  July 13, 2018                          **LILLIS PITHA LLP**

10

11                                        By:   _____

12                                              Martin L. Pitha

13                                              **BRACEWELL LLP**
                                               Jared D. Schuettenhelm
14
                                               Attorneys for Cross-Defendant
15                                             Cementaid International Marketing Ltd.
                                               (erroneously   sued   herein   as   Cementaid
16                                             International Group)

17

18

19

20

21

22

23

24

25

26

27

28

---

3
NOTICE OF APPEARANCE

1

PROOF OF SERVICE

I, Martin L. Pitha, declare:

2

I am a citizen of the United States and a partner in the law firm of Lillis Pitha LLP.  I am over the age of eighteen years and not a party to the within-entitled action.  My business address is 2 Park Plaza, Suite 480, Irvine, California 92614.  On the date set forth below, I served a copy of the within document(s):

3

4

**NOTICE OF APPEARANCE**

5

6

☐    by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below on this date before 5:00 p.m.

7

8

☐    by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail in Irvine, California, addressed as set forth below.

9

10

☐    by placing the document(s) listed above in a sealed Federal Express envelope and affixing a pre-paid air bill, and causing the envelope to be delivered to a Federal Express agent for delivery.

11

12

☐    by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below, or causing the document(s) to be so delivered.

13

14

☐    by transmitting via e-mail the document(s) listed above to the e-mail address(es) set forth below on this date before 5:00 p.m.

15

16

☒    by causing such documents to be served on the interested parties to this action as designated on the Transaction Receipt by submitting an electronic version of the documents via File & ServeXpress website.  (as to attached service list)

17

18

*Attached service list*
*(via File & ServeXpress)*

19

20

I am readily familiar with the firm's practice of collection and processing correspondence for mailing.  Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business.  I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.  I declare under penalty of perjury under the laws of the State of California that the above is true and correct.  Executed on July 13, 2018, in Irvine, California.

21

22

23

24

Martin L. Pitha

25

26

27

28

1

## SERVICE LIST

| | |
|---|---|
| Peter C. Meier<br>Sean D. Unger<br>Sophie J. Sung<br>PAUL HASTINGS LLP<br>101 California Street, 48th Floor<br>San Francisco, CA 94111<br><br>Telephone: (415) 856-7000<br>Facsimile: (415) 856-7100<br>petermeier@paulhastings.com<br>seanunger@paulhastings.com<br>sophiesung@paulhastings.com<br><br>William F. Sullivan<br>D. Scott Carlton<br>PAUL HASTINGS LLP<br>515 S. Flower Street<br>Twenty-Fifth Floor<br>Los Angeles, CA 90071<br><br>Telephone: (213) 683-6000<br>Facsimile: (213) 627-0705<br>williamsullivan@paulhastings.com<br>scottcarlton@paulhastings.com<br><br>*Attorneys for Defendants Mission Street Development LLC; Mission Street Holdings LLC; Millennium Partners Management LLC; Millennium Partners LLC; Millennium Partners I Inc.; MP Marketing of California, Inc.; Christopher M. Jeffries; Philip E. Aarons; Philip H. Lovett; Sean Jeffries; John Luciano; Stephanie Kay; Richard Baumert; and Steven M Hood* | David B. Casselman<br>David Polinsky<br>Kirk S. Corner<br>CASSELMAN LAW GROUP<br>5567 Reseda Boulevard, Suite 330<br>Tarzana, CA 91356<br><br>Telephone: (818) 609-2300<br>Facsimile: (818) 345-0162<br>dbc@casselmanlawgroup.com<br>dp@casselmanlawgroup.com<br>ksc@casselmanlawgroup.com<br><br>*Attorneys for Plaintiffs Laura S. Lehman, et al.* |

2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

| | |
|---|---|
| Dennis J. Herrera, City Attorney<br>Elaine M. O'Neil, Deputy City Attorney<br>Richard E. Robinson, Deputy City Attorney<br>Kristine A. Poplawski, Deputy City Attorney<br>Ari Baruth, Deputy City Attorney<br>Anne S. Johnson, Deputy City Attorney<br>Erin Bernstein, Deputy City Attorney<br>OFFICE OF THE CITY ATTORNEY<br>Fox Plaza<br>1390 Market Street, Suite 425<br>San Francisco, CA 94102-5408<br><br>Telephone: (415) 554-3954<br>Facsimile: (415) 255-0733<br>richard.e.robinson@sfgov.org<br>kristincpoplawski@sfcityatty.org<br>Ari.Bartuh®sfcityatty.org<br><br>*Attorneys for Defendant City and County of San Francisco; Department of Building Inspection* | Michael K. DeChiara<br>Michael J. Vrdaro<br>Louis J. Dennis<br>Mathew C. Dials<br>ZETLIN & De CHIARA LLP<br>801 Second Avenue<br>New York, NY 10017<br><br>Telephone: (212) 682-6800<br>Facsimile: (212) 682-6861<br>mkd@zdlaw.com<br>mvardaro@zdlaw.com<br>ldennis@zdlaw.com<br>mdials@zdlaw.com<br><br>*Attorneys for Cross-Defendants Handel Architects, LLP and DeSimone Consulting Engineers, LLC* |
| Robert J. Buccieri<br>FURUKAWA BUCCIERI LLP<br>800 Airport Boulevard, Suite 504<br>Burlingame, CA 94010<br><br>Telephone: (415) 510-2222<br>Facsimile: (415) 510-2240<br>rob@fubulaw.com<br><br>*Attorneys for Attorneys for Cross-Defendants Handel Architects, LLP and DeSimone Consulting Engineers, LLC* | Andrew G. Giacomini<br>Miles C. Holden<br>Kaylen Kadotani<br>HANSON BRIDGETT LLP<br>425 Market Street, 26th Floor<br>San Francisco, CA 94105<br><br>Telephone: (415) 777-3200<br>Facsimile: (415) 541-9366<br>agiacomini@hansonbridgett.com<br>mholden@hansonbridgett.com<br>Idcadotani@hansonbridgett.com<br><br>*Attorneys for Cross-Defendant Treadwell & Rollo, Inc. and T&R Consolidated* |

| | |
|---|---|
| 1 | Mark Hartney<br>George T. McDonnell | Christine E. Drage<br>Jihan Murad |
| 2 | Rachel Sanders<br>ALLEN MATKINS LECK GAMBLE & | S. Bradley Hart<br>WEIL & DRAGE APC |
| 3 | MALLORY LLP<br>865 S. Figueroa Street, Suite 2800 | 23212 Mill Creek Drive<br>Laguna Hills, CA 92653 |
| 4 | Los Angeles, CA 90017 | |
| 5 | Telephone: (213) 622-5555 | Telephone: (949) 387-8200 (ext. 310)<br>cdrage@weildrage.com |
| 6 | Facsimile: (213) 620-8816<br>mhartney@allenmatkins.com | jmurad@weildrage.com<br>bhart@weildrage.com |
| 7 | tmcdonnell@allenmatkins.com<br>rsanders@allenmatkins.com | |
| 8 | | *Attorneys for Defendant Arup North America*<br>*Ltd.* |
| 9 | *Attorneys for Cross-Defendant Transbay Tower*<br>*LLC and Boston Properties Inc.* | |
| 10 | | |
| 11 | Daniel F. McLennon<br>Craig Wallace | Nathan D. Sinning<br>Coral Lopez |
| 12 | SMITH CURRIE & HANCOCK LLP<br>1275 Battery Street, Suite 1300 | Jacob Dean<br>ALSTON & BIRD |
| 13 | San Francisco, CA 94111 | 333 South Hope Street<br>16th Floor |
| 14 | Telephone: (415) 394-6688 | Los Angeles, CA 90071-3004 |
| 15 | dfmclennon@smitheurrie.com<br>cwwallace@smithcurrie.com | Telephone: (213) 576-1000<br>Facsimile: (213) 576-1100 |
| 16 | *Attorney for Cross-Defendant* | nathan.sinning@alston.com<br>coral.lopez@alston.com |
| 17 | *Shimmick/Nicholson JV; Shimmick-Nicholson*<br>*Construction* | jake.dean@alston.com |
| 18 | | *Attorneys for Cross-Defendant YKK AP* |
| 19 | | *Inc.* |
| 20 | Clark T. Thiel<br>PILLSBURY WINTHROP SHAW | John Kortum<br>ARCHER NORRIS |
| 21 | PITTMAN LLP<br>Four Embarcadero Center, 22nd Floor | 2033 North Main Street, Suite 800<br>Walnut Creek, CA 94596 |
| 22 | San Francisco, CA 94111-5998 | |
| 23 | Telephone: (415) 983-1000 | Telephone: 925.930.6600<br>Facsimile: 925.930.6620 |
| 24 | Facsimile: (415) 983-1200<br>clark.thiel@pillsburylaw com | jkortum@archernorris.com |
| 25 | | *Attorneys for Cross-Defendant Clark* |
| 26 | *Attorneys for Defendant Clark Construction*<br>*Group LLC; Attorneys for Cross-Defendant* | *Construction Group LLC; Attorneys for*<br>*Cross-Defendant Clark/Hathaway Dinwiddie,* |
| 27 | *Clark/Hathaway Dinwiddie, a joint venture* | *a joint venture* |
| 28 | | |

| | |
|---|---|
| Glenn T. Barger<br>CHAPMAN GLUCKSMAN DEAN ROEB &<br>BARGER<br>1900 W. Olympic Boulevard<br>Los Angeles, CA 90064<br><br>Telephone: (310) 207-7722<br>gbarger@cgdrblaw.com<br><br>*Attorneys for Cross-Defendants DND<br>Construction and DMD Construction, J. V.* | Traci S. Lagasse<br>ANDREWS LAGASSE BRANCH + BELL LLP<br>626 Wilshire Boulevard, Suite 1000<br>Los Angeles, CA 90017<br><br>Telephone: (213) 793-4266<br>Facsimile: (213) 793-5072<br>tlagasse@albblaw.com<br><br>*Attorneys for Cross-Defendant Curtain<br>Wall Design and Consulting, Inc.* |
| David W. Smiley<br>Derek J. Onysko<br>FINCH, THORNTON & BAIRD, LLP<br>4747 Executive Drive-Suite 700<br>San Diego, CA 92121-3107<br><br>Telephone: (858) 737-3100<br>dsmiley@ftblaw.com<br>donysko@ftblaw.com<br><br>*Attorneys for Cross Defendant Balfour Beatty<br>Infrastructure, Inc.* | Steven M. Cvitanovic<br>Renata L. Hoddinott<br>Omar Parra<br>HAIGHT BROWN & BONESTEEL LLP<br>Three Embarcadero Center, Suite 200<br>San Francisco, CA 94111<br><br>Telephone: (415) 546-7500<br>Facsimile: (415) 546-7505<br>scvitanovic@hbblaw.com<br>rhoddinott@hbblaw.com<br><br>*Attorneys for Cross-Defendant Webcor-<br>Obayashi joint venture* |
| Steven H. Schwartz<br>Noel E. Macaulay<br>SCHWARTZ & JANZEN LLP<br>12100 Wilshire Boulevard, Suite 1125<br>Los Angeles, CA 90025<br><br>Telephone: (310) 979-4090<br>sschwartz@sj-law.corn<br>nmacaulay@sj-law.com<br><br>*Attorneys for Cross-Defendants Treadwell &<br>Rollo, Inc.; T & R Consolidated* | Russell F. Sauer, Jr.<br>Amy C. Quartarolo<br>Justine M. Wallace<br>LATHAM & WATKINS LLP<br>355 South Grand Avenue, Suite 100<br>Los Angeles, CA 90071-1560<br><br>Telephone: (213) 485-1234<br>Facsimile: (213) 891-8763<br>russ.sauer@lw.com<br>amy.quartarolo@lw.com<br>justine.wallace@lw.com<br><br>*Attorneys for Cross-Defendants Kilroy Realty<br>Corporation, Kilroy Services LLC and KR<br>350 Mission LLC* |

| | |
|---|---|
| Matthew T. Hawk<br>William J. Peters<br>Douglas J. Cefali<br>GORDON & REES SCULLY MANSUKHANI LLP<br>275 Battery Street, Suite 2000<br>San Francisco, CA 94111<br><br>Telephone: (415) 875-3143<br>mhawk@grsm.com<br>wpeters@grsm.com<br>dcefali@grsm.com<br><br>*Attorneys for Defendant Webcor Construction LP, dba Webcor Builders, survivor to a merger with Webcor Construction, Inc.; Webcor Construction, Inc.* | Cynthia Shambaugh<br>LAW OFFICES OF THOMAS J. BURNS<br>1525 Market Street, Suite 2900<br>San Francisco, CA 94105<br><br>Telephone: (415) 227-2300<br>cynthia.shambaugh@zurichna.com<br><br>*Attorneys for Cross-Defendant Drill Tech Drilling & Shoring, Inc.* |
| Alexander J. Chen<br>CHEN, HORWITZ & FRANKLIN<br>12655 West Jefferson Boulevard, 40th Floor<br>Los Angeles, CA 90066<br>Telephone: (424) 320-8420<br>Facsimile: (424) 320-8430<br>alex@chflaw.com<br><br>*Attorneys for Defendant Mission Street Development, LLC* | Charles A. Patrizia<br>PAUL HASTINGS LLP<br>875 15th Street, N.W.<br>Washington, DC 20005<br><br>charlespatrizia@paulhastings.com<br><br>*Attorneys for Defendants Millennium Partners Management LLC, Mission Street Development, LLC, Millennium Partners I, Inc., Mission Street Holdings LLC, Millennium Partners LLC, Sean Jeffries, and John Luciano, Philip Aarons, Christopher Jeffries; Sean Jeffries* |
| John B. Quinn<br>Steven G. Madison<br>Jacob H. Polin<br>QUINN EMANUEL URQUHART & SULLIVAN, LLP<br>50 California Street, 22nd Floor<br>San Francisco, CA 94111<br><br>Telephone: (415) 875-6600<br>Facsimile: (415) 875-6700<br>johnquinn@quinnemanuel.com<br>stevemadison@quinnemanuel.com<br>jacobpolin@quinnemanuel.com<br><br>*Attorneys for Cross-Defendant Langan Engineering and Environmental Services, Inc.* | Nomi L. Castle<br>Mark Wendorff<br>CASTLE & ASSOCIATES<br>8383 Wilshire Boulevard, Suite 810,<br>Beverly Hills, CA 90211<br><br>Telephone: (310) 286-3400<br>Facsimile: (310) 286-3400 ext. 407<br>ncastle@castlelawoffice.com<br>mwendorff@castlelawoffice.com<br><br>*Attorneys for Cross-Defendant BECHO, INC., a Utah corporation* |

| | |
|---|---|
| David A. Ericksen, Esq.<br>Johanna M. Berta, Esq.<br>SEVERSON & WERSON<br>One Embarcadero Center, Suite 2600<br>San Francisco, CA 94111<br><br>Telephone: (415) 398-3344<br>Facsimile: (415) 956-0439<br>dae@severson.com<br>jmb@severson.com<br><br>*Attorneys for Cross-Defendant Langan*<br>*Engineering and Environmental Services, Inc.* | Alexander M. Weyand<br>Eric C. Shaw<br>WEYAND LAW FIRM, APC<br>2490 Mariner Square Loop, Suite 213<br>Alameda, CA 94501<br><br>Telephone: (415) 536-2800<br>Facsimile: (415) 358-4461<br>aweyand@vvynlaw.com<br>eshaw@wynlaw.com<br><br>*Attorneys for Plaintiff Properties GB7, LLC* |
| Clement L. Glynn<br>Andrew T. Mortl<br>Adam M. Rapp<br>GLYNN & FINLEY, LLP<br>One Walnut Creek Center<br>100 Pringle Avenue, Suite 500<br>Walnut Creek, CA 94596<br><br>Telephone: (925) 210-2800<br>Facsimile: (925) 945-1975<br>cglynn@glynnfinley.com<br>amortl@glynnfinley.com<br>arapp@glynnfinley.com<br><br>*Attorneys for Defendants Philip E. Aarons and*<br>*Philip H. Lovett* | Jennifer K. Stinnett<br>Ronald R. Roundy<br>CHRISTENSEN HSU SIPES LLP<br>2485 Natomas Park Drive, Suite 315<br>Sacramento, CA 95833<br><br>Telephone: (916) 443-6909<br>Facsimile: (916) 313-0645<br>jennifer@chs.law<br>ronald@chs.law<br><br>*Attorneys for Cross-Defendant Drill Tech*<br>*Drilling & Shoring, Inc.* |

| | |
|---|---|
| John W. Busby<br>Ralph A. Zappala<br>Laura K. Swanson<br>BUSBY ZAPPALA & SANCHEZ LLP<br>251 Lafayette Circle, Suite 350<br>Lafayette, CA 94549<br><br>Telephone: (925) 299-9600<br>Facsimile: (925) 299-9608<br>jwbusby@bzlawl1p.com<br>rzappala@bzlawllp.com<br>lswanson@bzlawllp.com<br><br>Kennett L. Patrick<br>WINET PATRICK GAYER CREIGHTON &<br>HANES<br>1215 West Vista Way<br>Vista, CA 92083<br><br>Telephone: (760) 758-4261<br>Facsimile: (760) 758-6420<br>kpatrick@wpgch.com<br><br>*Attorneys for Cross-Defendant and Cross-*<br>*Complainant Viking Drillers, Inc.* | Michael A. Geibelson<br>Jill S. Casselman<br>ROBINS KAPLAN LLP<br>2049 Century Park East, Suite 3400<br>Los Angeles, CA 90067-33208<br><br>Telephone: (310) 552-0130<br>Facsimile: (310) 229-5800<br>mgeibelson@robinskaplan.com<br>jcasselman@robinskaplan.com<br><br>*Attorneys for Plaintiffs Laura S. Lehman, et al.* |
| Keith G. Bremer<br>Bryan Stofferahn<br>BREMER WHYTE BROWN & O'MEARA LLP<br>300 Frank H. Ogawa Plaza, Suite 355<br>Oakland, CA 94612<br><br>Telephone:(510) 540-4881<br>Facsimile: (510) 540-4889<br>kbremer@bremerwhyte.com<br>bstofferahn@bremerwhyte.com<br><br>*Attorneys for Cross-Defendant BECHO, INC., a*<br>*Utah corporation* | Denis Shanagher<br>DUANE MORRIS LLP<br>Spear Tower<br>One Market Plaza, Suite 2200<br>San Francisco, CA 94105-1127<br><br>Telephone: (415) 957-3000<br>Facsimile: (415) 957-3001<br>dfshanagher@duanemorris.com<br><br>*Attorneys for Plaintiff Millennium Tower*<br>*Association* |

| | |
|---|---|
| Daniel Petrocelli<br>O'MELVENY & MYERS LLP<br>1999 Avenue of the Stars<br>Los Angeles, CA 90067-6035<br><br>Telephone: (310) 553-6700<br>dpetrocelli@omm.com<br><br>*Attorneys for Plaintiff Millennium Tower Association* | Vision Winter<br>O'MELVENY & MYERS LLP<br>2765 Sand Hill Road<br>Menlo Park, CA 94025-7019<br><br>Telephone: (650) 473-2600<br>vwinter@omm.com<br><br>*Attorneys for Plaintiff Millennium Tower Association* |
| David B. Goodwin<br>COVINGTON & BURLING LLP<br>One Front Street<br>San Francisco, CA 94111-5356<br><br>Telephone: (415) 591-6000<br>dgoodwin@cov.com<br><br>*Attorneys for Defendant Mission Street Development LLC* | Kenneth F. Strong<br>Ernest M. Isola<br>Brooke H. Anderson<br>GORDON & REES SCULLY<br>MANSUKHANI LLP<br>275 Battery Street, Suite 2000<br>San Francisco, CA 94111<br><br>Telephone: (415) 875-3138<br>Facsimile: (415) 986-8054<br>kstrong@gordonrees.com<br>eisola@gordonrces.com<br>banderson@gordonrees.com<br><br>*Attorneys for Defendant and Cross-Complainant Langan Engineering and Environmental Services, Inc.* |
| David Hatem<br>DONOVAN HATEM LLP<br>Exchange Place<br>53 State Street<br>Boston, MA 02109<br><br>Telephone: (617) 406-4800<br>dhatem@donovanhatem.com<br><br>*Attorneys for Defendant Arup North America Ltd.* | Daniel J. Smith<br>Parris Schmidt<br>BOWMAN AND BROOKE LLP<br>1741 Technology Drive, Suite 200<br>San Jose, CA 95110<br><br>Telephone: (408) 279-5393<br>daniel.smith@bowmanandbrooke.com<br>parris.schmidt@bowmanandbrooke.com<br><br>*Attorneys for Defendants Mission Street Development LLC* |

| | |
|---|---|
| Diana Dron<br>MONTELEONE & MCCRORY LLP<br>725 S. Figueroa Street, #3200<br>Los Angeles, CA 90017<br><br>Telephone: (213) 612-9900<br>Facsimile: (213) 612-9930<br>dron@mmlawyers.com<br><br>*Attorneys for Cross-Defendant Glacier Northwest, Inc.* | Jon B. Zimmerman<br>Gregory B. Cohen<br>MESSNER REEVES LLP<br>160 West Santa Clara Street, Suite 1000<br>San Jose, CA 95113<br><br>Telephone: (408) 298-7120<br>jzimmerman@messner.com<br>gcohen@messner.com<br><br>*Attorneys for Cross-Defendant and Cross-Complainant Central Concrete Supply Co., Inc.* |
| Mark D. Petersen<br>Matthew S.L. Cate<br>FARELLA BRAUN + MARTEL LLP<br>235 Montgomery Street, 17" Floor<br>San Francisco, CA 94104<br><br>Telephone: ( 415) 954-4400<br>Facsimile: (415) 954-4480<br>mpetersen@fbm.com<br>mcate@fbm.com<br><br>*Attorneys for Cross-Defendant Pelli Clarke Pelli Architects, Inc.* | Bruce W. Lorber<br>Lisa M. Cappelluti<br>Matthew H. Weiner<br>Stephen Poirier<br>Dane Joseph<br>LORBER, GREENFIELD & POLITO, LLP<br>150 Post Street, Suite 700<br>San Francisco, CA 94108<br><br>Telephone: (415) 986-0688<br>blorber@lorberlaw.com<br>Icappelluti@lorberlaw.com<br>mweiner@lorberlaw.com<br>spoirier@lorberlaw.com<br>djoseph@lorberlaw.com<br><br>*Attorneys for Cross-Defendant and Cross-Complainant Level 10 Construction LP* |
| Frank M. Pitre<br>Niall P. McCarthy<br>Julie L. Fieber<br>Eric J. Buescher<br>COTCHETT, PITRE & McCARTHY LLP<br>San Francisco Airport Office Center<br>840 Malcolm Road, Suite 200<br>Burlingame, CA 94010<br><br>Telephone: (650) 697-6000<br>fpitre@cpmlegal.com<br>nmccarthy@cpmlegal.com<br>jfieber@cpmlegal.com<br>ebuescher@cpmlegal.com<br><br>*Attorneys for Plaintiffs, Pamela Buttery, Trustee of The Pamela Buttery 1990 Trust, et al.* | Gerald P. Dodson<br>301 Mission Street, Unit 42E<br>San Francisco, CA 94105<br><br>Telephone: (415) 658-7686<br>jerrydodson@gmail.com<br><br>*Attorneys for Plaintiffs, Pamela Buttery, Trustee of The Pamela Buttery 1990 Trust, et al.* |

EXHIBIT 7

1

**Bracewell LLP**
Philip J. Bezanson

2   (*pro hac vice* application pending)
Jared D. Schuettenhelm (SB# 267885)

3   phil.bezanson@bracewell.com
jared.schuettenhelm@bracewell.com

4   701 Fifth Avenue, Suite 6200
Seattle, Washington 98104-7018

5   Telephone:  (206) 204-6200
Facsimile:  (800) 404-3970

6

Richard F. Whiteley

7   (*pro hac vice* application pending)
Stacianne M. Wilson

8   (*pro hac vice* application pending)
richard.whiteley@bracewell.com

9   staci.wilson@bracewell.com
711 Louisiana Street, Suite 2300

10   Houston, Texas 77002
Telephone: (713) 221-1123

11   Facsimile: (800) 404-3970

12   **LILLIS PITHA LLP**
Damien P. Lillis (SBN 191258)

13   dlillis@lp-lawyers.com
Martin L. Pitha (SBN 192447)

14   mpitha@lp-lawyers.com
350 California Street, 22nd Floor

15   San Francisco, California 94104
Telephone: (415) 814-0405

16   Facsimile: (415) 217-7011

17   *Attorney for Cross Complaint Defendant*
*CEMENTAID INTERNATIONAL*

18   *MARKETING, LTD. ERRONEOUSLY*
*SUED HEREIN AS CEMENTAID*

19   *INTERNATIONAL GROUP*

20

ELECTRONICALLY
**F I L E D**
Superior  Court of California,
County of San Francisco

**07/16/2018**
Clerk of the Court
BY:ANNA TORRES
Deputy Clerk

21               **SUPERIOR COURT OF THE STATE OF CALIFORNIA**

22                   **FOR THE COUNTY OF SAN FRANCISCO**

23   MILLENNIUM TOWER ASSOCIATION, a          **Case No.  CGC-17-557830**
     California nonprofit mutual benefit corporation,

24                                                   **MEMORANDUM    OF    POINTS**
                                     Plaintiff,      **AND AUTHORITIES IN SUPPORT**

25                                                   **OF CEMENTAID'S JOINDER IN**
          vs.                                        **YKK  AP,  INC.'S  MOTION  TO**

26                                                   **CONTINUE  THE  TRIAL  DATE**
                                                     **AND  MOTION  TO  SEVER  THE**

27

28   **MEMORANDUM  OF  POINTS  AND  AUTHORITIES  IN  SUPPORT  OF  CEMENTAID'S**
     **JOINDER IN YKK AP, INC.'S MOTION TO CONTINUE THE TRIAL DATE AND MOTION**
     **TO SEVER THE NON-FOUNDATIONAL DEFECT ISSUES**

| | |
|---|---|
| MISSION STREET DEVELOPMENT LLC, a Delaware Limited Liability Company; et al., | **NON-FOUNDATIONAL DEFECT ISSUES** |
| Defendants. | Date: July 16, 2018<br>Time: 2:00 p.m.<br>Dept.: 304<br>Judge: Hon. Curtis E.A. Karnow |
| AND ALL RELATED CROSS-ACTIONS. | [Notice of Joinder and Declaration of Jared Schuettenhelm served herewith] |

2

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF CEMENTAID'S JOINDER IN YKK AP, INC.'S MOTION TO CONTINUE THE TRIAL DATE AND MOTION TO SEVER THE NON-FOUNDATIONAL DEFECT ISSUES**

## I.   INTRODUCTION

Cementaid International Marketing, Ltd. ("Cementaid") is a Hong Kong-based provider of simple-to-use products that enable concrete designers and users to maximize the performance and durability of their structures by giving their concrete enhanced properties and abilities. Cementaid is taking a highly unusual step by appearing in this case well before its response to the pleadings is required to avoid further prejudice in this litigation.  The underlying complaint by Millennium Tower Association ("MTA") was filed on March 29, 2017. Webcor Construction LP ("Webcor") filed its original cross-complaint on October 13, 2017. Webcor then filed a First Amended Cross-Complaint ("FACC") on December 13, 2017.  Both the original cross-complaint and the FACC named "Cementaid International Group" as a party, not Cementaid.  Webcor attempted to serve "Cementaid International Group" through the Hague Convention; however, service was not effectuated because that entity does not exist.  Cementaid only learned that Webcor was attempting to add it as a party to this litigation when a service attempt on "Cementaid International Group" was made in New South Wales, Australia at the address of a different entity called Cementaid NSW Pty Ltd. on or about June 8, 2018.

On or about June 29, 2018, Cementaid agreed to waive the service requirements of the Hague Convention and to accept service of Webcor's FACC.  Cementaid also agreed to respond to the FACC on or before August 3, 2018.  Nonetheless, when it learned of the upcoming deposition schedule late last week, Cementaid filed an appearance in this matter on July 13, 2018—three weeks before the agreed upon deadline.  Over the last three days, Cementaid and its counsel have been working diligently to learn what they can about this litigation and the underlying facts, and to prepare for the slate of upcoming depositions despite just this morning gaining access to the

---

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF CEMENTAID'S JOINDER IN YKK AP, INC.'S MOTION TO CONTINUE THE TRIAL DATE AND MOTION TO SEVER THE NON-FOUNDATIONAL DEFECT ISSUES**

documents produced in the case.  While it is unclear from Webcor's FACC, Cementaid believes it has been included in this case as part of MTA's non-foundational construction defect claims.  And it is Cementaid's understanding that those non-foundational construction defect claims are still being defined, articulated, and investigated.

As set forth in YKK AP, Inc.'s ("YKK AP") moving papers, there is insufficient time to adequately investigate the claims, prepare and file dispositive motions, and prepare for trial, particularly with a discovery cut-off date that is less than two months away and with expert reports due shortly thereafter.  Additionally, it would be inefficient to have a trial of both the movement-related foundational issues and the non-building movement claims at the same time.  As such, Cementaid hereby joins in YKK AP's Motion to Continue the Trial Date and Motion to Sever the Non-Foundational Defect Issues, and respectfully requests that the Court grant YKK AP's Motions.

## II.    PERTINENT FACTS

Cementaid will refrain from repeating what is already contained in YKK AP's memorandum of points and authorities, which is incorporated herein by reference.

While Cementaid's investigation is in its infancy, Cementaid does not believe that it was involved in, or supplied any products used in, the construction of the high-rise for the Millennium Tower.  Cementaid had a Marketing and Material Supply Agreement with cross-defendant Glacier Northwest, Inc. ("Glacier"), whereby Glacier purchased certain Cemetaid products, including Everdure Caltite HPI ("Caltite"), an additive that is mixed with concrete prior to construction.  However, Cementaid does not know exactly how or even if its products were used in the Millennium Tower project. Based upon the very limited information it has learned to date, Cementaid believes that Caltite may have been mixed into the concrete used in the construction of the subterranean parking garage that is adjacent to the Millennium Tower high-rise.  However, because Cementaid

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF CEMENTAID'S JOINDER IN YKK AP, INC.'S MOTION TO CONTINUE THE TRIAL DATE AND MOTION TO SEVER THE NON-FOUNDATIONAL DEFECT ISSUES**

was only recently served, and has not even responded yet to the FACC, Cementaid has not had an opportunity to conduct any discovery to determine the exact allegations against it or analyze any evidence that supports or controverts those allegations.  Cementaid also has not had an opportunity to participate in the various discovery conferences or the depositions that have taken place prior to entering its appearance; and it has just received access to the discovery depository and the vast number of documents produced in this case the morning before the hearing on YKK AP's motion.

### III.   YKK AP'S MOTION TO CONTINUE AND CEMENTAID'S JOINDER THEREIN SHOULD BE GRANTED TO AFFORD DUE PROCESS TO RECENTLY JOINED PARTIES

As set forth in YKK AP's papers, the addition of a new party may constitute good cause for continuing a trial date if the new party has not had a reasonable opportunity to conduct discovery and prepare for trial. (Cal. Rules of Court, Rule 3.1332(c)(5)(A).)  When the trial date in this matter was set, Cementaid was not named correctly as a party to, and had not been served with any papers in, this litigation, nor had it otherwise been notified that it was a party to this litigation.  Cementaid did not make an appearance in this litigation until three days ago – three weeks earlier than agreed with Webcor.  To date, Cementaid has not seen any expert reports or other discovery detailing the extent of Webcor's claims against Cementaid, and Cementaid has not had an opportunity to conduct any discovery to fully investigate the claims pending against it.  Like YKK AP, Cementaid is a new party to the instant action, and has not had any opportunity to review the 2.1 terabytes of data deposited in the document depository, thoroughly prepare for the numerous depositions that are expected to take place between now and the time of trial, conduct general and targeted discovery, participate in mediation or any case management conferences, retain experts, or conduct any inspection or testing of any portion of the Millennium Tower.  Under the current schedule,

5

Cementaid has less than two months to conduct this discovery.  Cementaid also has an extremely limited window prepare and file dispositive motions and prepare for trial in this matter.

Accordingly, denial of a continuance would have the practical effect of depriving Cementaid of a full and fair opportunity to defend itself by denying it sufficient time to conduct discovery and make dispositive motions.  As YKK AP noted, the interests of justice will be served by a continuance. Cementaid is not joining this motion because it was dilatory or otherwise failed to prepare this case for trial. To the contrary, the request is made just three days after Cementaid appeared in this action and, as the schedule currently stands, Cementaid has insufficient time to adequately prepare for trial, weigh potential exposure and risks in this matter and effectively represent its interests at trial, and develop its claims against necessary third parties who have yet to be named in this case.  In light of the foregoing, the continuance should be granted. (*Cade v. Mid-City Hospital Corp.*, (1975) 45 Cal. App.3d 589.)

## IV.  YKK AP'S MOTION TO SEVER AND CEMENTAID'S JOINDER THEREIN SHOULD BE GRANTED IN THE INTEREST OF JUDICIAL ECONOMY

As the court is aware, the building foundation/settlement claims are extremely complex and involve not only design and construction issues with respect to the Millennium Tower project, but also design and construction issues involving surrounding properties.  At present, Cementaid does not believe it was involved with, and it is unaware of supplying any of its products for, the construction of the Millennium Tower high-rise or the other adjacent properties.  Based on the limited information it has been able to glean to date, Cementaid understands that the alleged issues involving Cementaid's product apparently relate only to the subterranean parking garage.  It is also Cementaid's understanding that these alleged issues are completely separate and distinct from the

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF CEMENTAID'S JOINDER IN YKK AP, INC.'S MOTION TO CONTINUE THE TRIAL DATE AND MOTION TO SEVER THE NON-FOUNDATIONAL DEFECT ISSUES**

building foundation/settlement issues.  Accordingly, these non-foundational claims should be severed from the foundation/settlement issues.

Although some of the principal witnesses may be material to both categories of claims, Cementaid understands that the vast majority of the witnesses are not.  Similarly, most, if not all, of the experts will be different.  It would be inefficient to have parties involved in the non-foundational claims present for a lengthy trial addressing soils and building foundation/settlement issues, just as it would to have the soils engineers and other foundation/settlement related defendants and cross-defendants present for unrelated issues regarding alleged construction defects.  It would be far more efficient (and easier on the juries) to have separate trials of the foundation/settlement issues and the non-foundational construction defect issues.  In addition, it is highly unlikely that the amount of time currently set aside for the trial is sufficient to allow all parties involved in both categories of issues to present their cases.

V.   **CONCLUSION**

The need for recently added parties to have adequate time to properly investigate and defend against the claims being asserted against them constitutes good cause to continue the trial. Cementaid is entitled to a full and fair opportunity to conduct discovery to defend itself in this litigation.  The current schedule will not allow for such discovery, and thus, a continuance should be granted.   Additionally,  conducting  discovery  and  having  a  single  trial  on  the foundation/settlement claims, which involve numerous parties not involved in the design and construction of the Millennium Tower, and the unrelated non-foundational construction defect claims, which involve parties having nothing to do with the foundation/settlement issues, would be highly inefficient and prejudicial to the parties only involved in the non-foundational construction defect part of the case.  In order to avoid these inefficiencies and potential prejudice, the

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF CEMENTAID'S JOINDER IN YKK AP, INC.'S MOTION TO CONTINUE THE TRIAL DATE AND MOTION TO SEVER THE NON-FOUNDATIONAL DEFECT ISSUES**

foundation/settlement claims should be severed from the non-foundational construction defect claims for purposes of both discovery and trial. Cementaid reserves the right to make its own motion for continuance as discovery in this matter progresses and as Cementaid learns more about the claims asserted against it. However, at this time Cementaid joins in YKK AP's Motion for Continuance and Motion to Sever, and respectfully requests that the Court continue the trial of this matter for six-months and that the Court sever the foundation/settlement claims from the non-foundational construction defect claims for the purposes of discovery and trial.

Dated: July 16, 2018

BRACEWELL LLP

By: _____
Jared D. Schuettenhelm

Attorney for Cross Complaint Defendant
Cementaid International Marketing, Ltd.
erroneously sued herein as Cementaid
International Group

---

8

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF CEMENTAID'S JOINDER IN YKK AP, INC.'S MOTION TO CONTINUE THE TRIAL DATE AND MOTION TO SEVER THE NON-FOUNDATIONAL DEFECT ISSUES**

EXHIBIT 8

1

**Bracewell LLP**
Philip J. Bezanson

2

(*pro hac vice* application pending)
Jared D. Schuettenhelm (SB# 267885)

3

phil.bezanson@bracewell.com
jared.schuettenhelm@bracewell.com

4

701 Fifth Avenue, Suite 6200
Seattle, Washington 98104-7018

5

Telephone:  (206) 204-6200
Facsimile:  (800) 404-3970

6

7

Richard F. Whiteley
(*pro hac vice* application pending)
Stacianne M. Wilson

8

(*pro hac vice* application pending)
richard.whiteley@bracewell.com

9

staci.wilson@bracewell.com
711 Louisiana Street, Suite 2300

10

Houston, Texas 77002
Telephone: (713) 221-1123

11

Facsimile: (800) 404-3970

12

**LILLIS PITHA LLP**
Damien P. Lillis (SBN 191258)

13

dlillis@lp-lawyers.com
Martin L. Pitha (SBN 192447)

14

mpitha@lp-lawyers.com
350 California Street, 22nd Floor

15

San Francisco, California 94104
Telephone: (415) 814-0405

16

Facsimile: (415) 217-7011

17

*Attorney for Cross Complaint Defendant*
*Cementaid International Marketing, Ltd.*

18

*erroneously sued herein as Cementaid*
*International Group*

19

20

### SUPERIOR COURT OF THE STATE OF CALIFORNIA

21

### FOR THE COUNTY OF SAN FRANCISCO

22

23

MILLENNIUM TOWER ASSOCIATION, a
California nonprofit mutual benefit corporation,

24

Plaintiff,

25

vs.

26

MISSION STREET DEVELOPMENT LLC, a
Delaware Limited Liability Company; et al.,

27

28

Case No.  CGC-17-557830

**DECLARATION OF JARED SCHUETTENHELM IN SUPPORT OF CEMENTAID'S JOINDER IN YKK AP, INC.'S MOTION TO CONTINUE THE TRIAL DATE AND MOTION TO SEVER THE NON-FOUNDATIONAL DEFECT ISSUES**

ELECTRONICALLY
**F I L E D**
Superior Court of California,
County of San Francisco

**07/16/2018**
Clerk of the Court
BY:ANNA TORRES
Deputy Clerk

---

**DECLARATION OF JARED SCHUETTENHELM IN SUPPORT OF CEMENTAID'S
JOINDER IN YKK AP, INC.'S MOTION TO CONTINUE THE TRIAL DATE AND
MOTION TO SEVER THE NON-FOUNDATIONAL DEFECT ISSUES**

1                        Defendants.

                                                      Date: July 16, 2018
                                                          Time: 2:00 p.m.
                                                        Dept.: 304
                                                        Judge: Hon. Curtis E.A. Karnow

AND ALL RELATED CROSS-ACTIONS.      [Notice of Joinder and Memorandum
of Points and Authorities filed and
served herewith]

---

**DECLARATION OF JARED SCHUETTENHELM IN SUPPORT OF CEMENTAID'S JOINDER IN YKK AP, INC.'S MOTION TO CONTINUE THE TRIAL DATE AND MOTION TO SEVER THE NON-FOUNDATIONAL DEFECT ISSUES**

I, Jared Schuettenhelm, declare:

1.     I am an attorney licensed to practice law in the State of California and am an associate at Bracewell LLP, counsel of record for Hong Kong-based cross-defendant Cementaid International Marketing Ltd. ("Cementaid"), incorrectly named as Cementaid International Group, in this action. Except as to those matters expressly stated on information and belief, I make this declaration on the basis of my personal knowledge and, if called as a witness, would be competent to testify to the facts set forth below.

2.     The Millennium Tower Association ("MTA") filed its complaint in this matter on March 29, 2017.  Cementaid was not named as a defendant.

3.     Webcor Construction LP ("Webcor") was named as a defendant in MTA's complaint. Webcor filed a cross-complaint against several cross-defendants on October 13, 2017, and a First Amended Cross-Complaint ("FACC") on December 13, 2017.

4.     Webcor's original cross-complaint and FACC named "Cementaid International Group" as a cross-defendant.

5.     "Cementaid International Group" is not a legal entity.  Webcor attempted to serve the non-existent entity "Cementaid International Group" through the Hague Convention, in New South Wales, Australia, to the address of a different entity called Cementaid NSW Pty Ltd. on or about June 8, 2018.

6.     Although Cementaid was never properly served in Hong Kong with Webcor's original cross-complaint or the FACC, Cementaid agreed to accept service and to appear in this litigation.

7.     On or about June 29, 2018, when Cementaid agreed to accept service for the improperly named "Cementaid International Group," it reached an agreement with Webcor to

3

**DECLARATION OF JARED SCHUETTENHELM IN SUPPORT OF CEMENTAID'S JOINDER IN YKK AP, INC.'S MOTION TO CONTINUE THE TRIAL DATE AND MOTION TO SEVER THE NON-FOUNDATIONAL DEFECT ISSUES**

respond to Webcor's FACC on or before August 3, 2018. Cementaid then became aware of the extensive upcoming deposition schedule in this matter.  Cementaid made its first appearance in this matter on July 13, 2018.

8.     Upon information and belief, Cementaid's involvement in this matter may involve Cementaid's product, Everdure Caltite HPI ("Caltite"), which may have been used in the construction of the subterranean parking structure that is adjacent to Millennium Tower.  Caltite is manufactured in Singapore.

9.     Cementaid had a Marketing and Material Supply Agreement with cross-defendant Glacier Northwest, Inc. ("Glacier"), whereby Glacier purchased Caltite, an additive that is mixed with concrete prior to construction.  Cementaid does not know exactly how or even if its products were used in the Millennium Tower project.

10.     Cementaid has not had an opportunity to participate in any of the discovery conferences or depositions that have occurred prior to July 16, 2018.

11.     Cementaid was given access to the discovery depository on Monday, July 16, 2018, but it has not yet been able to review any of the documents contained in the depository.  Cementaid has not yet been served with any discovery demands, but it anticipates that any responsive materials will be in Hong Kong, Singapore, or elsewhere abroad.  Cementaid does not have offices or facilities in the United States and does not have employees in the United States.  Cementaid's witnesses regarding the issues in litigation are therefore abroad, as well.

12.     Significant additional time is needed to review the documents already produced to the discovery depository and the documents that are being produced on an ongoing basis, to conduct an investigation into the use Cementaid's products in the parking structure, if any, and to conduct discovery necessary to properly evaluate and defend against the claims asserted against Cementaid.

**DECLARATION OF JARED SCHUETTENHELM IN SUPPORT OF CEMENTAID'S JOINDER IN YKK AP, INC.'S MOTION TO CONTINUE THE TRIAL DATE AND MOTION TO SEVER THE NON-FOUNDATIONAL DEFECT ISSUES**

Significant additional time is also needed to allow Cementaid to prepare and file dispositive motions and to prepare for trial.

13.     I do not believe that the trial of the foundation/settlement claims and the non-foundational construction defect claims can be completed in the time currently allotted by the Court, which I understand to be January 28, 2018 to March 1, 2019 (5 weeks).

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on July 16, 2018 at San Francisco, California.


_____
Jared D. Schuettenhelm

**DECLARATION OF JARED SCHUETTENHELM IN SUPPORT OF CEMENTAID'S JOINDER IN YKK AP, INC.'S MOTION TO CONTINUE THE TRIAL DATE AND MOTION TO SEVER THE NON-FOUNDATIONAL DEFECT ISSUES**

DECLARATION OF SERVICE

I hereby certify that on 10th day of December, 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Steven Brower
Brower Law Group
25201 La Paz Road, Suite 202
Laguna Hills, CA 92653
Phone: 949-668-0825
Email: steve@browerlawgroup.com
*Pro Hac Vice Attorneys for Plaintiffs*

Richard F. Whiteley
Stacianne M. Wilson
Bracewell LLP
711 Louisiana Street, Suite 2300
Houston, TX 77002
Phone: 713-221-1123
Email:
Richard.whiteley@bracewell.com
Email:
staci.wilson@bracwell.com
*Pro Hac Vice Attorneys for Defendant Cementaid International Marketing*

Jared D. Schuettenhelm
Philip J. Bezanson
Bracewell LP
701 Fifth Ave., Suite 6200
Seattle, WA 98104
Phone: 206-204-6206
Email:
Jared.schuettenhelm@bracewell.com
Email: phil.bezanson@bracewell.com
*Attorneys for Defendant Cementaid International Marketing*

DATED this 10th day of December, 2018, at Seattle, Washington.

s/Christopher M. Reed
Andrew R. Chisholm
WA State Bar No. 30673
Christopher M. Reed
WA State Bar No. 49716
701 Fifth Avenue, Suite 5500
Seattle, WA 98104
Telephone: (206) 682-7090
Email: achisholm@mpba.com
Email: creed@mpba.com
Fax: (206) 625-9534
Attorneys for Plaintiff – Local Counsel

{18117/052/01823024-1}

JUDICIAL NOTICE ISO OPPOSITION TO MOTION
TO DISMISS
2:18-cv-00556 TSZ

GLACIER NORTHWEST, INC.'S REQUEST FOR
BROWER LAW GROUP
25201 La Paz Road, Suite 202
Laguna Hills, California 92653
Telephone: (949) 668-0825

4