# Exhibit 1

LAW OFFICES
MONTELEONE & McCRORY, LLP
725 South Figueroa Street, Suite 3200
Los Angeles, California 90017
Tel: (213) 612-9900   Fax: (213) 612-9930

ELECTRONICALLY
**F I L E D**
Superior Court of California,
County of San Francisco
**10/19/2018**
Clerk of the Court
BY:DAVID YUEN
Deputy Clerk

WILLIAM J. INGALSBE (SBN 66278)
DIANA M. DRON (SBN 86195)
J. MICHAEL GRIMM (SBN 295224)

Attorneys for Cross-Defendant and Cross-Complainant, Glacier Northwest, Inc.

### SUPERIOR COURT OF THE STATE OF CALIFORNIA

### FOR THE COUNTY OF SAN FRANCISCO

| | |
|---|---|
| LAURA S. LEHMAN, an individual, et al., <br><br> Plaintiffs, <br><br> v. <br><br> TRANSBAY JOINT POWERS AUTHORITY, et al., <br><br> Defendants. | LEAD CASE NO. CGC-16-553758 <br><br> *Assigned for All Purposes to Judge Curtis E. A. Karnow, Dept. 304* <br><br> **SUPPLEMENTAL RESPONSE OF GLACIER NORTHWEST, INC. TO OSC RE SANCTIONS RE INSURANCE POLICIES** <br><br> Hearing: October 25, 2018 <br> Time:     9:00 a.m. <br> Dept.:    304 |
| And Related & Consolidated Cases. <br><br> *This document applies to Millennium Tower Association, etc. v. Mission Street Development, LLC, etc., et al.* | Action Filed: March 29, 2017 <br> Trial Date: January 28, 2019 |

    1.    I am a partner with the law firm of Monteleone & McCrory LLP, counsel of record for defendant, Glacier Northwest, Inc.("Glacier"), in the above-entitled action. I provide this supplemental declaration in support of Glacier's position that it has complied with the Court's prior orders requiring the deposit of the relevant insurance policies.

    2.    In addition to producing all of the relevant Glacier Policies of insurance for the years 2005-2008, the Court should be aware that the combined coverages of the listed eleven

i

(11) polices exceeds $60,000,000.00, which is at least double of any damages Plaintiffs, and consequently, Cross-complainants, may conservatively ever assert against Glacier Northwest in connection with the pending litigation as to the garage water-proofing issues.

| Carrier | Policy No. | Dates Effective |
|---|---|---|
| MSIG | GL212131702 | 7/1/05 - 7/1/06 |
| Great American | TUE5-23-21-01 | 7/1/05 - 7/1/06 |
| MSIG | GL2121317 | 7/1/06 - 10/1/06 |
| MSIG | EXS5200086 | 7/1/06 - 10/1/06 |
| AXIS | EAP704357-06 | 10/1/06 - 10/1/07 |
| RSUI | NHA217297 | 10/1/06 - 10/1/07 |
| RSUI | NHA217298 | 10/1/06 - 10/1/07 |
| RSUI | NHA217314 | 10/1/06 - 10/1/07 |
| Great American | EXC4718950 | 10/1/06 - 10/1/07 |
| Great American | EXC9252175 | 10/1/06 - 10/1/07 |
| AXIS | EAP704357-07 | 10/1/07 - 10/1/08 |

I declare under penalty of perjury of the laws of the State of California that the forgoing is true and correct.

Executed this 19th day of October, 2018 in los Angeles, California.

_____
.Eric C. Smith, declarant

2

## PROOF OF SERVICE [1013A(3) CCP]

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 725 South Figueroa St., Suite 3200, Los Angeles, CA 90017.

On October 19, 2018 I served the foregoing document described as: **SUPPLEMENTAL RESPONSE OF GLACIER NORTHWEST, INC. TO OSC RE SANCTIONS RE INSURANCE POLICIES** on the interested parties in this action by means specified below:

[X]  **VIA ELECTRONIC SERVICE:** Complying with Code of Civil Procedure § 1010.6, My electronic business address serrano@mmlawyers.com and I caused such document to be electronically served through FileAndServeXpress to the parties on the Service List maintained on the FileAndServeXpress Website for this case. The file transmission was reported as complete and a copy of the FileAndServeXpress Receipt will be maintained with the original document in our office.

[]  **BY MAIL** – I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with first class postage thereon fully prepaid at Los Angeles, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing an affidavit.

[]  **BY PERSONAL SERVICE** — I delivered such envelope by hand to the person(s) named above.

[]  **BY FACSIMILE TRANSMISSION** — I transmitted said documents to the offices of the addressee(s) listed above via facsimile. The facsimile numbers are noted above.

[]  **BY ELECTRONIC DELIVERY** — I caused a copy of the original document to be transmitted to the person(s) named above *via* e-mail to the e-mail address(es) listed for such person(s), and with the consent and permission of the addressee(s) to accept service by such electronic means.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on October 19, 2018, at Los Angeles, California.

_/s/ M. Serrano_
Martha Serrano

3

SUPPLEMENTAL RESPONSE OF GLACIER NORTHWEST, INC.
TO OSC RE SANCTIONS RE INSURANCE POLICIES

1282.17521