HONORABLE THOMAS N. ZILLY

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**

| | |
|---|---|
| GLACIER NORTHWEST, INC., | Case No. 18-cv-556-TSZ |
| Plaintiff, | **JOINT STATUS REPORT** |
| v. | |
| CEMENTAID INTERNATIONAL MARKETING, LTD., | |
| Defendant. | |

Pursuant to the Court's Order of April 9, 2019, Docket No. 23, Plaintiff Glacier Northwest, Inc. and Defendant Cementaid International Marketing, Ltd. hereby submit their Joint Status Report.

The parties in the underlying action *Millennium Tower Association v. Mission Street Development, LLC et al.*, San Francisco County, California, Superior Court Case No. CGC-17-557830, are working towards finalizing settlement documentation with respect to the plaintiff's claims.

The underlying action *Homeowners Association v. Almaden Tower Venture, LLC et al.*, Santa Clara County, California, Superior Court Case No. 17CV314037, is still proceeding.

Joint Status Report

1

BROWER LAW GROUP
23610 Moulton Parkway, Suite 220
Laguna Hills, CA 92653
Email: Steve@BrowerLawGroup.com

1     In light of the Court's Order of April 9, 2019 staying this action while the

2  underlying actions are pending and no scheduling conference date set, the parties

3  have not discussed the topics set forth in Fed. R. Civ. P. 26(f)(3) and in LCR 26(f)

4

5  DATED:  December 27, 2019          BROWER LAW GROUP
                                  A Professional Corporation

6

7

8                           By:  /s/ Steven Brower
                               Steven Brower

9                               California SBN: 93568
                               23601 Moulton Parkway, Suite 220

10                           Laguna Hills, CA 92653
                             Telephone: (949) 668-0825

11                           Email: Steve@BrowerLawGroup.com
                             Attorneys for Plaintiff Pending Pro Hac

12                           Vice Admission

13                           MONTGOMERY PURDUE
                           BLANKINSHIP & AUSTIN PLLC

14

15                           By:  /s/ Andrew R. Chisholm
                              Andrew R. Chisholm

16                           WA State Bar No. 30673
                             Christopher M. Reed

17                           WA State Bar No. 49716
                             701 Fifth Avenue, Suite 5500

18                           Seattle, WA 98104
                             Telephone: (206) 682-7090

19                           Email: achisholm@mpba.com
                             Email: creed@mpba.com

20                           Fax: (206) 625-9534
                             Attorneys for Plaintiff – Local Counsel

21

22  DATED:  December 27, 2019          **BRACEWELL LLP**

23

24                           By:  /s/ Jared D. Schuettenhelm
                              Philip J. Bezanson, WBA No. 50892

25                           Jared D. Schuettenhelm, WSBA 46181
                             701 Fifth Avenue, Suite 6200

26                           Seattle, WA 98104-7043
                             Telephone: (206) 204-6200

27                           Facsimile: (800) 404-3970
                           phil.bezanson@bracewell.com

28                      2

Joint Status Report

1   jared.schuettenhelm@bracewell.com

2   Richard F. Whitely (*pro hac vice pending*)

3   Stacianne M. Wilson (*pro hac vice pending*)

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Joint Status Report

3

BROWER LAW GROUP
23610 Moulton Parkway, Suite 220
Laguna Hills, CA 92653
Email: Steve@BrowerLawGroup.com