UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

GLACIER NORTHWEST, INC.,

   Plaintiff,

v.

CEMENTAID INTERNATIONAL MARKETING, LTD.,

   Defendant.

C18-556 TSZ

MINUTE ORDER

  The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

  (1) Having reviewed the parties' Joint Status Report, docket no. 24, indicating that, in one of the underlying matters, a settlement is anticipated, and that the other underlying action remains pending, the Court DIRECTS the parties to file another Joint Status Report within fourteen (14) days after the settlement in *Millennium Tower Assoc. v. Mission St. Dev., LLC* has been perfected, or by April 10, 2020, whichever occurs earlier.

  (2) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

  Dated this 10th day of January, 2020.

            William M. McCool
            Clerk

            s/Karen Dews
            Deputy Clerk

MINUTE ORDER - 1