HONORABLE THOMAS N. ZILLY

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**

| | |
|---|---|
| GLACIER NORTHWEST, INC., | Case No. 18-cv-556-TSZ |
| Plaintiff, | **JOINT STATUS REPORT** |
| v. | |
| CEMENTAID INTERNATIONAL MARKETING, LTD., | |
| Defendant. | |

Pursuant to the Court's Order of January 10, 2020, Docket No. 25, Plaintiff Glacier Northwest, Inc. and Defendant Cementaid International Marketing, Ltd. hereby submit their Joint Status Report.

The Court may recall that there are two different underlying actions at issue here.

The parties (not just the two parties here, but also dozens of others) in the underlying action entitled *Millennium Tower Association v. Mission Street Development, LLC et al.*, San Francisco County, California, Superior Court Case No. CGC-17-557830, are still working towards finalizing the settlement documentation. A Motion for Preliminary Settlement Approval set for hearing on March 24, 2020 was taken off calendar by the trial court because of the COVID-19 outbreak. Even if

1

Joint Status Report

BROWER LAW GROUP
23610 Moulton Parkway, Suite 220
Laguna Hills, CA 92653
Email: Steve@BrowerLawGroup.com

1  the trial court grants preliminary approval of the settlement, a final fairness hearing

2  on the settlement is not expected to take place until approximately 95 days from the

3  date of preliminary approval.

4  　　　The second underlying action, *Homeowners Association v. Almaden Tower*

5  *Venture, LLC et al.*, Santa Clara County, California, Superior Court Case No.

6  17CV314037, is still pending.

7  　　　In light of the Court's Order of April 9, 2019 staying this action while the

8  underlying actions are pending and no scheduling conference date set, the parties

9  have not yet discussed the topics set forth in Fed. R. Civ. P. 26(f)(3) and in LCR

10  26(f).

11  DATED:  April 10, 2020

　　　　　　　　　　　　　　　BROWER LAW GROUP
　　　　　　　　　　　　　　　A Professional Corporation

13

14  　　　　　　　　　　　　　By:  /s/ Steven Brower
　　　　　　　　　　　　　　　Steven Brower
　　　　　　　　　　　　　　　California SBN: 93568

15  　　　　　　　　　　　　　23601 Moulton Parkway, Suite 220
　　　　　　　　　　　　　　　Laguna Hills, CA 92653

16  　　　　　　　　　　　　　Telephone: (949) 668-0825
　　　　　　　　　　　　　　　Email: Steve@BrowerLawGroup.com

17  　　　　　　　　　　　　　Attorneys for Plaintiff Pending Pro Hac
　　　　　　　　　　　　　　　Vice Admission

18

19  　　　　　　　　　　　　　MONTGOMERY PURDUE
　　　　　　　　　　　　　　　BLANKINSHIP & AUSTIN PLLC

20

21  　　　　　　　　　　　　　By:   /s/ Andrew R. Chisholm
　　　　　　　　　　　　　　　Andrew R. Chisholm
　　　　　　　　　　　　　　　WA State Bar No. 30673

22  　　　　　　　　　　　　　Christopher M. Reed
　　　　　　　　　　　　　　　WA State Bar No. 49716

23  　　　　　　　　　　　　　701 Fifth Avenue, Suite 5500
　　　　　　　　　　　　　　　Seattle, WA 98104

24  　　　　　　　　　　　　　Telephone: (206) 682-7090
　　　　　　　　　　　　　　　Email: achisholm@mpba.com

25  　　　　　　　　　　　　　Email: creed@mpba.com
　　　　　　　　　　　　　　　Fax: (206) 625-9534

26  　　　　　　　　　　　　　Attorneys for Plaintiff – Local Counsel

27

28  Joint Status Report

2

1  DATED:  April 10, 2020              **BRACEWELL LLP**

2

3                                                By:  /s/ Jared D. Schuettenhelm
                                                     Philip J. Bezanson, WBA No. 50892
4                                                    Jared D. Schuettenhelm, WSBA 46181
                                                     701 Fifth Avenue, Suite 6200
5                                                    Seattle, WA 98104-7043
                                                     Telephone: (206) 204-6200
6                                                    Facsimile: (800) 404-3970
                                                     phil.bezanson@bracewell.com
7                                                    jared.schuettenhelm@bracewell.com

8                                                    Richard F. Whitely (*pro hac vice*
                                                     pending)
9                                                    Stacianne M. Wilson (*pro hac vice*
                                                     pending)

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28
                                         3
   Joint Status Report