UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

GLACIER NORTHWEST, INC.,

    Plaintiff,

v.

CEMENTAID INTERNATIONAL MARKETING, LTD.,

    Defendant.

C18-556 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) Having reviewed the parties' Joint Status Report, docket no. 26, indicating that a settlement in one of the two underlying actions, *Millennium Tower Association v. Mission Street Development, LLC*, is pending preliminary approval by the San Francisco County Superior Court, and that the other underlying matter, *Homeowners Association v. Almaden Tower Venture, LLC*, is still ongoing in Santa Clara County Superior Court, the Court DIRECTS the parties to file another Joint Status Report within fourteen (14) days after final approval of the settlement in *Millennium Tower* or by December 31, 2020, whichever occurs earlier.

(2) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 13th day of April, 2020.

William M. McCool
Clerk

s/Karen Dews
Deputy Clerk

MINUTE ORDER - 1