HONORABLE THOMAS N. ZILLY

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| GLACIER NORTHWEST, INC., | Case No. 18-cv-556-TSZ |
| Plaintiff, | **JOINT STATUS REPORT** |
| v. | |
| CEMENTAID INTERNATIONAL MARKETING, LTD., | |
| Defendant. | |

Pursuant to the Court's Minute Order of April 14, 2020, Docket No. 27 ("Minute Order"), Plaintiff Glacier Northwest, Inc. and Defendant Cementaid International Marketing, Ltd. hereby submit their Joint Status Report.

There are two underlying actions at issue in this case. The first underlying action, entitled *Millennium Tower Association v. Mission Street Development, LLC et al.*, San Francisco County, California, Superior Court Case No. CGC-17-557830, was consolidated with a number of other actions into a lead case entitled *Lehman, et al. v. Transit Joint Powers Authority, et al.*, San Francisco County, California, Superior Court Case No. CGC-16-553758 ("Consolidated Actions"). The Consolidated Actions also include a class action, entitled *Maui Peaks Corporation,*

*et al. v. Mission Street Development, et al.*, San Francisco County, California, Superior Court Case No. CGC-17-560322.  The parties in the Consolidated Actions have entered into a comprehensive series of settlement agreements, including a Class Action Settlement Agreement, Global Settlement Agreement, and Proceeds Deposit and Payment Agreement.

In its Minute Order, the Court directed the parties to "file another Joint Status Report within fourteen (14) days after final approval of the settlement in *Millennium Tower*." Dkt. No. 27.  Accordingly, the parties hereby file this Joint Status Report to inform the Court that an Order Granting Final Approval of Class Action Settlement, Attorneys' Fees, Costs and Service Awards was entered on August 7, 2020.  The finalization of the settlement in the Consolidated Actions is currently pending completion of several pre-conditions, including expiration of a statutory objection period.

The second underlying action, *Homeowners Association v. Almaden Tower Venture, LLC et al.*, Santa Clara County, California, Superior Court Case No. 17CV314037, is still pending.  There is a settlement conference scheduled for November 4, 2020 and a jury trial scheduled for November 30, 2020.

In light of the Court's Order of April 9, 2019 staying this action while the underlying actions are pending and no scheduling conference date set, the parties have not yet discussed the topics set forth in Fed. R. Civ. P. 26(f)(3) and in LCR 26(f).

DATED:  August 21, 2020

BROWER LAW GROUP
A Professional Corporation

By: /s/ Steven Brower
Steven Brower
California SBN: 93568
23601 Moulton Parkway, Suite 220

| | |
|---|---|
| | Laguna Hills, CA 92653<br>Telephone: (949) 668-0825<br>Email: Steve@BrowerLawGroup.com<br>Attorneys for Plaintiff Pending Pro Hac Vice Admission |
| | MONTGOMERY PURDUE<br>BLANKINSHIP & AUSTIN PLLC |
| | By:  /s/ Andrew R. Chisholm<br>Andrew R. Chisholm<br>WA State Bar No. 30673<br>Christopher M. Reed<br>WA State Bar No. 49716<br>701 Fifth Avenue, Suite 5500<br>Seattle, WA 98104<br>Telephone: (206) 682-7090<br>Email: achisholm@mpba.com<br>Email: creed@mpba.com<br>Fax: (206) 625-9534<br>Attorneys for Plaintiff – Local Counsel |
| DATED:  August 21, 2020 | **BRACEWELL LLP** |
| | By:  /s/ Jared D. Schuettenhelm<br>Philip J. Bezanson, WBA No. 50892<br>Jared D. Schuettenhelm, WSBA 46181<br>701 Fifth Avenue, Suite 6200<br>Seattle, WA 98104-7043<br>Telephone: (206) 204-6200<br>Facsimile: (800) 404-3970<br>phil.bezanson@bracewell.com<br>jared.schuettenhelm@bracewell.com<br><br>Richard F. Whitely (*pro hac vice* pending)<br>Stacianne M. Wilson (*pro hac vice* pending) |