1

2

3                          UNITED STATES DISTRICT COURT
                          WESTERN DISTRICT OF WASHINGTON
4                                  AT SEATTLE

5     GLACIER NORTHWEST, INC.,

6                    Plaintiff,

7        v.                                    C18-556 TSZ

8     CEMENTAID INTERNATIONAL                  MINUTE ORDER
      MARKETING, LTD.,
9
                     Defendant.
10

11        The following Minute Order is made by direction of the Court, the Honorable
      Thomas S. Zilly, United States District Judge:

12        (1)    Having reviewed the parties' Joint Status Report, docket no. 28, indicating
      that the settlement in one of the two underlying actions, *Millennium Tower Association v.*
13    *Mission Street Development, LLC*, has been approved by the San Francisco County
      Superior Court, and that finalization of the settlement is pending completion of several
14    conditions and expiration of the statutory objection period, and that the other underlying
      matter, *Homeowners Association v. Almaden Tower Venture, LLC*, is still ongoing in
15    Santa Clara County Superior Court, with a settlement conference set for November 4,
      2020, and trial scheduled for November 30, 2020, the Court DIRECTS the parties to file
16    another Joint Status Report within fourteen (14) days after resolution of the *Almaden*
      *Tower* matter or by December 31, 2020, whichever occurs earlier.
17
          (2)    The Clerk is directed to send a copy of this Minute Order to all counsel of
18    record.

19        Dated this 27th day of August, 2020.

20
                                               William M. McCool
21                                             Clerk

22                                             s/Karen Dews
                                               Deputy Clerk
23

MINUTE ORDER - 1