HONORABLE THOMAS N. ZILLY

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| GLACIER NORTHWEST, INC., <br><br> Plaintiff, <br><br> v. <br><br> CEMENTAID INTERNATIONAL MARKETING, LTD., <br><br> Defendant. | Case No. 18-cv-556-TSZ <br><br> **STIPULATION RE: PARTIAL DISMISSAL WITH PREJUDICE** |

Plaintiff Glacier Northwest, Inc. and Defendant Cementaid International Marketing, Ltd. hereby stipulate, through their respective counsel of record, that the First Claim for Declaratory Judgment and the Second Claim for Breach of Contract in the Amended Complaint (ECF No. 8) in the above-captioned action be and hereby are dismissed with prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure. The parties further stipulate that they shall each bear their own costs, expenses, and attorneys' fees relating to the foregoing dismissed claims.

IT IS SO STIPULATED.

| | |
|---|---|
| DATED: October 14, 2020 | BROWER LAW GROUP<br>A Professional Corporation<br><br>By:  /s/ Steven Brower<br>Steven Brower<br>California SBN: 93568<br>23601 Moulton Parkway, Suite 220<br>Laguna Hills, CA 92653<br>Telephone: (949) 668-0825<br>Email: Steve@BrowerLawGroup.com<br>Attorneys for Plaintiff Pending Pro Hac Vice Admission<br><br>MONTGOMERY PURDUE BLANKINSHIP & AUSTIN PLLC<br><br>By:   /s/ Andrew R. Chisholm<br>Andrew R. Chisholm<br>WA State Bar No. 30673<br>Christopher M. Reed<br>WA State Bar No. 49716<br>701 Fifth Avenue, Suite 5500<br>Seattle, WA 98104<br>Telephone: (206) 682-7090<br>Email: achisholm@mpba.com<br>Email: creed@mpba.com<br>Fax: (206) 625-9534<br>Attorneys for Plaintiff – Local Counsel |
| DATED: October 14, 2020 | **BRACEWELL LLP**<br><br>By:  /s/ Jared D. Schuettenhelm<br>Philip J. Bezanson, WBA No. 50892<br>Jared D. Schuettenhelm, WSBA 46181<br>701 Fifth Avenue, Suite 6200<br>Seattle, WA 98104-7043<br>Telephone: (206) 204-6200<br>Facsimile: (800) 404-3970<br>phil.bezanson@bracewell.com<br>jared.schuettenhelm@bracewell.com<br><br>Richard F. Whitely (*pro hac vice* pending) |

Stacianne M. Wilson (*pro hac vice* pending)

Stipulation re Partial Dismissal                        3