UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| GLACIER NORTHWEST, INC., <br><br> Plaintiff, <br><br> v. <br><br> CEMENTAID INTERNATIONAL MARKETING, LTD., <br><br> Defendant. | C18-556 TSZ <br><br> MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1)     Having reviewed the parties' Joint Status Report, docket no. 31, indicating that the underlying matter, <u>Homeowners Association v. Almaden Tower Venture, LLC</u>, is still ongoing in Santa Clara County Superior Court, with a jury trial scheduled for February 1, 2021, but a pandemic-related continuance until April 2021 likely to be entered later this week, the Court DIRECTS the parties to file another Joint Status Report within fourteen (14) days after resolution of the <u>Almaden Tower</u> matter or by July 30, 2021, whichever occurs earlier.

(2)     The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 4th day of January, 2021.

William M. McCool
Clerk

s/Gail Glass
Deputy Clerk

MINUTE ORDER - 1