HONORABLE THOMAS N. ZILLY

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| GLACIER NORTHWEST, INC., <br><br> Plaintiff, <br><br> v. <br><br> CEMENTAID INTERNATIONAL MARKETING, LTD., <br><br> Defendant. | Case No. 18-cv-556-TSZ <br><br> **JOINT STATUS REPORT** |

Pursuant to the Court's Minute Order of January 4, 2021, Docket No. 32 ("Minute Order"), Plaintiff Glacier Northwest, Inc. ("Glacier") and Defendant Cementaid International Marketing, Ltd. (hereinafter collectively referred to as the "Parties") hereby submit their Joint Status Report.

In its Minute Order, the Court directed "the parties to file another Joint Status Report within fourteen (14) days after resolution of the *Almaden Tower* matter or by July 30, 2021, whichever occurs earlier." Docket No. 32.

Accordingly, the Parties hereby file this Joint Status Report to inform the Court that in the *Almaden Tower* matter, *Axis Homeowners Association v. Almaden Tower Venture, LLC et al.*, Santa Clara County, California, Superior Court Case No.

17CV314037, Glacier's motion for an order determining that Glacier's settlement with Webcor Construction, LP was in good faith was granted on April 14, 2021.

In light of the Court's Order of April 9, 2019 staying this action while the underlying actions are pending and no scheduling conference date set, the parties have not yet discussed the topics set forth in Fed. R. Civ. P. 26(f)(3) and in LCR 26(f).

DATED: April 28, 2021

BROWER LAW GROUP
A Professional Corporation

By: /s/ Steven Brower
Steven Brower
California SBN: 93568
23601 Moulton Parkway, Suite 220
Laguna Hills, CA 92653
Telephone: (949) 668-0825
Email: Steve@BrowerLawGroup.com
Attorneys for Plaintiff Pending Pro Hac Vice Admission

MONTGOMERY PURDUE BLANKINSHIP & AUSTIN PLLC

By: /s/ Andrew R. Chisholm
Andrew R. Chisholm
WA State Bar No. 30673
Christopher M. Reed
WA State Bar No. 49716
701 Fifth Avenue, Suite 5500
Seattle, WA 98104
Telephone: (206) 682-7090
Email: achisholm@mpba.com
Email: creed@mpba.com
Fax: (206) 625-9534
Attorneys for Plaintiff – Local Counsel

DATED: April 28, 2021

**BRACEWELL LLP**

By: /s/ Jared D. Schuettenhelm
Philip J. Bezanson, WBA No. 50892
Jared D. Schuettenhelm, WSBA 46181
701 Fifth Avenue, Suite 6200
Seattle, WA 98104-7043
Telephone: (206) 204-6200
Facsimile: (800) 404-3970
phil.bezanson@bracewell.com
jared.schuettenhelm@bracewell.com

Richard F. Whitely (*pro hac vice* pending)
Stacianne M. Wilson (*pro hac vice* pending)