UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

GLACIER NORTHWEST, INC.,

    Plaintiff,

  v.

CEMENTAID INTERNATIONAL MARKETING, LTD.,

    Defendant.

C18-556 TSZ

ORDER

Having reviewed the parties' Joint Status Report, docket no. 33, which indicates that the relevant portion of the underlying matter, <u>Axis Homeowners Association v. Almaden Tower Venture, LLC</u>, has been resolved in principle, and plaintiff's counsel having confirmed via email that no issue remains for the Court's determination,

NOW, THEREFORE, IT IS ORDERED that this case is DISMISSED with prejudice and without costs.

In the event settlement is not perfected, either party may move to reopen and trial will be scheduled, provided such motion is filed within **90** days of the date of this Order.

The Clerk is directed to send a copy of this Order to all counsel of record.

IT IS SO ORDERED.

Dated this 26th day of May, 2021.

Thomas S. Zilly
United States District Judge

ORDER - 1